UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF NORTH CAROLINA
DOCKET NO. 1:23-cv-114

---------------------------------------------------------------------X

**JOHN DOE**

                **Plaintiff,**

  -against-

**WAKE FOREST UNIVERSITY,**

                **Defendant.**

---------------------------------------------------------------------X

## PLAINTIFF'S MOTION FOR LEAVE TO PROCEED UNDER PSEUDONYM

    Plaintiff John Doe moves this Court for leave to proceed under pseudonym. In support of this motion, Plaintiff will file contemporaneously a declaration and memorandum which are incorporated by reference herein.

DATED:    New York, New York
                February 7, 2023

                                          Respectfully submitted,

                                          **NESENOFF & MILTENBERG, LLP**
                                          *Attorneys for Plaintiff*

                                          **By:** */s/ Andrew Miltenberg*
                                          Andrew T. Miltenberg, Esq.
                                          Tara J. Davis, Esq.
                                          363 Seventh Avenue, Fifth Floor
                                          New York, New York 10001
                                          (212) 736-4500
                                          amiltenberg@nmllplaw.com
                                          tdavis@nmllplaw.com
                                          *Notice of Special Appearance forthcoming*

-and-

**EKSTRAND AND EKSTRAND, LLP**
By: /s/ *Robert Ekstrand*
Robert C. Ekstrand
NC Bar No. 26673
110 Swift Avenue, 2nd Floor
Durham, North Carolina 27705
(919) 452-4647
rce@ninthstreetlaw.com

## CERTIFICATE OF SERVICE

I certify that on this 7th day of February 2023, I filed the foregoing using the CM/ECF system, which will provide notice to all counsel of record. Further, the foregoing will be served on the Defendant, Wake Forest University, with the Complaint and Summons issued by the Court.

/s/ Robert C. Ekstrand
Robert C. Ekstrand
Counsel for Plaintiff