UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF NORTH CAROLINA
DOCKET NO. 1:23-cv-114

------------------------------------------------------------------X

**JOHN DOE**

      **Plaintiff,**

 -against-             **PROPOSED ORDER**

**WAKE FOREST UNIVERSITY,**

      **Defendant.**

------------------------------------------------------------------X

 Upon the *Ex Parte* motion of the Plaintiff for an order permitting the filing of the complaint, summons and Motion to Proceed Under Pseudonym. For the reasons set out in the Motion, supporting memorandum of law and declaration, and for other good cause shown, the motion is hereby **GRANTED**.

 Therefore, it is hereby **ORDERED** that the complaint, summons, federal civil cover sheet, and Motion to Proceed Under Pseudonym, and all other accompanying filings in this action shall be placed under seal until such time as proof of service of the Summons and Complaint is returned and filed by Plaintiff with the Clerk of the Court.

 **SO ORDERED, this \_\_\_ day of February 2023.**

                _____
                **UNITED STATES DISTRICT JUDGE**