UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF NORTH CAROLINA
DOCKET NO. 1:23-cv-114

-------------------------------------------------------------------X

**JOHN DOE**

                    **Plaintiff,**

-against-

**WAKE FOREST UNIVERSITY,**

                    **Defendant.**

-------------------------------------------------------------------X

## MOTION FOR TEMPORARY RESTRAINING ORDER
## AND PRELIMINARY INJUNCTION

Plaintiff, through his attorneys, Nesenoff & Miltenberg, LLP and Ekstrand and Ekstrand, LLP, respectfully moves this Court for an *ex parte* temporary restraining order, and, subsequently, for a preliminary injunction, pursuant to Fed. R. Civ. P. 65:

(i) prohibiting Defendant from suspending Plaintiff and marking his transcript,

(ii) requiring Defendant to maintain and/or restore Plaintiff's access to all courses and academic activities for the Spring 2023 semester, for which Plaintiff has already paid tuition and fees, registered, and is underway, and

(iii) directing Defendant, upon Plaintiff's successful completion of the relevant requirements, to timely confer Plaintiff's degree, pending the resolution of this litigation.

In support of this motion, Plaintiff shall rely upon the Verified Complaint [ECF No. 1], the supporting memorandum of law and the declarations and exhibits annexed thereto,

1

which will be contemporaneously filed with this motion.

Respectfully submitted on this the 7th day of February 2023,

**NESENOFF & MILTENBERG, LLP**

**By:** */s/ Andrew Miltenberg*
Andrew T. Miltenberg, Esq.
Tara J. Davis, Esq.
363 Seventh Avenue, Fifth Floor
New York, New York 10001
(212) 736-4500
amiltenberg@nmllplaw.com
tdavis@nmllplaw.com
*Notice of Special Appearances Forthcoming*

-and-

**EKSTRAND AND EKSTRAND, LLP**

**By:** /s/ *Robert Ekstrand*
Robert C. Ekstrand, Esq.
NC Bar No. 26673
110 Swift Avenue, 2nd Floor
Durham, North Carolina 27705
Direct/Cell: (919) 452-4647
rce@ninthstreetlaw.com

*Attorneys for Plaintiff*

2

## **CERTIFICATE OF SERVICE**

I certify that on this 7th day of February 2023, I filed the foregoing using the CM/ECF system, which will provide notice to all counsel of record. Further, the foregoing will be served on the Defendant, Wake Forest University, with the Complaint and Summons issued by the Court.

/s/ Robert C. Ekstrand
Robert C. Ekstrand
Counsel for Plaintiff