UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF NORTH CAROLINA
DOCKET NO. 1:23-cv-114

-----------------------------------------------------------------X

**JOHN DOE**

                **Plaintiff,**

   -against-

**WAKE FOREST UNIVERSITY,**

               **Defendant.**

-----------------------------------------------------------------X

## [PROPOSED] ORDER

This matter is before the Court on Plaintiff's Motion for Temporary Restraining Order and Preliminary Injunction (ECF No. 5), as supported by Plaintiff's Verified Complaint (ECF No. 1), Plaintiff's memorandum of law and the declarations and exhibits annexed thereto. For the reasons set out in the Plaintiff's motion, memorandum and supporting evidentiary materials, and for other good cause shown, Plaintiff's Motion for a Temporary Restraining Order shall be **GRANTED**.

Now, therefore, it is hereby **ORDERED** that Defendant Wake Forest University appear before the United States District Court for the Middle District of North Carolina, located at 324 W. Market Street, Greensboro, North Carolina 27401, Courtroom ____, on the ____day of _____2023, and **SHOW CAUSE** why:

1. Defendant Wake Forest University should not be enjoined from suspending Plaintiff John Doe from Wake Forest University and placing an adverse notation on his transcript; and

2. Defendant Wake Forest University should not be immediately ordered to permit Plaintiff John Doe to participate fully in all coursework and academic activities necessary for the completion of his degree, and to award Plaintiff's degree upon completion of such requirements.

Further, based upon the materials on file with the clerk in this matter, the Court finds that Plaintiff has met the required showing necessitating the granting of a temporary restraining order and preliminary injunction pursuant to Rule 65 of the Federal Rules of Civil Procedure, in that (i) the probability of irreparable harm to the Plaintiff is present should the relief not be granted, (ii) there is a likelihood that the Plaintiff will succeed on the merits, (iii) the balance of hardships tips decidedly in Plaintiff's favor, and (iv) the injunction is in the public interest.

Therefore, it is **FURTHER ORDERED** that, pending a determination of Plaintiff's Motion for Preliminary Injunction, Defendant is hereby restrained and enjoined from suspending Plaintiff from Wake Forest University, restrained and enjoined from placing any notation on Plaintiff's transcript referring to the misconduct finding or sanction of suspension, and is directed to restore or maintain Plaintiff access to participate fully in all coursework and academic activities for which he has paid and registered for the Spring 2023 semester and as necessary for the completion of his degree and to which he would

otherwise be entitled as a student in good standing, and, upon completion of such requirements, to be timely conferred with his degree.

**IT IS HEREBY FURTHER ORDERED THAT** service of all the papers supporting Plaintiff's Motion for Preliminary Injunction by e-mail upon J. Reid Morgan, Esq., counsel for Wake Forest University, on or before 4:00 PM on February __, 2023, shall constitute good and sufficient service.

**THIS ORDER REMAINS IN EFFECT UNTIL _____, 2023.**

**SO ORDERED** this ____ day of February 2023 at ___ a.m./p.m.

_____
United States District Judge