

**Title IX Office**

September 1, 2022

████████
Sent electronically to ████████

**PERSONAL AND CONFIDENTIA**

Re: Notice of Allegations (Updated)

Dear ████,

*I am writing this letter to supplement the Notice of Allegations that I sent to you on April 13, 2022. As you know, Claimant ████████ submitted a Title IX Formal Complaint form to the Title IX Office on April 12, 2022. Investigator Jessica Telligman was appointed on August 22, 2022, and she has received information from the Claimant. The Claimant advises Investigator Telligman that you allegedly engaged in sexual assault via sexual intercourse with her on October 16, 2021. Claimant alleges that she initially consented to sexual intercourse with you in her residence hall room, but that she withdrew consent by stating "this doesn't feel good." In summary, Claimant is alleging this instance of withdrawn consent in addition to the separate instance of alleged non-consensual digital penetration which allegedly happened a few hours later and was referenced in the original Notice of Allegations.*

*Pursuant to the policy, you have 5 calendar days to review this information before your interview with Investigator Telligman. That interview is scheduled for Thursday, September 8th at 9:00am in Reynolda Hall. Please let me know if you have any questions.*

Sincerely,

*Aishah Casseus*
Aishah Casseus
Director of the Title IX Office/504 Coordinator

CC: Olivia Bray, Case Coordinator

1834 Wake Forest Road | Reynolda Hall, Suite 307 | Winston-Salem, North Carolina 27109 | p 336.758.7258 | titleixcoordinator@wfu.edu

Jessica Telligman, Assistant Director, Title IX Office
John Fitzgerald
███████████