# UNITED STATES DISTRICT COURT

*MIDDLE DISTRICT OF NORTH CAROLINA*

John Doe

      v.                                    Case Number: 1:23CV114

Wake Forest University

# NOTICE OF SCHEDULING

**Take notice** that a proceeding in the case has been **scheduled** as indicated below:

| | |
|---|---|
| PLACE: | L. Richardson Preyer Bldg. |
| | 324 W. Market St., Greensboro, NC |
| **COURTROOM NO.:** | 3 |
| **DATE AND TIME:** | February 16, 2023 at 2:00 p.m. |
| **PROCEEDING:** | Hearing on Motion for Temporary Restraining Order |

John S. Brubaker, Clerk

By: /s/ Robin Winchester, Deputy Clerk

Date:  February 7, 2023

TO:  ALL COUNSEL/PARTIES OF RECORD