# UNITED STATES DISTRICT COURT
### for the
Middle District of North Carolina ▾

| | | |
|---|---|---|
| JOHN DOE | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.   1:23-CV-114 |
| WAKE FOREST UNIVERSITY | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

WAKE FOREST UNIVERSITY                                                          .

Date:    02/09/2023

/s/ Alan M. Ruley
*Attorney's signature*

Alan M. Ruley, NCSB No. 16407
*Printed name and bar number*
BELL, DAVIS & PITT, P.A.
Post Office Box 21029
Winston-Salem, NC  27120

*Address*

aruley@belldavispitt.com
*E-mail address*

(336) 722-3700
*Telephone number*

(336) 722-8153
*FAX number*