# UNITED STATES DISTRICT COURT
for the
Middle District of North Carolina

| | |
|---|---|
| JOHN DOE ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 1:23-CV-114 |
| WAKE FOREST UNIVERSITY ) | |
| *Defendant* ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

WAKE FOREST UNIVERSITY                                                                                             .

Date:   02/09/2023

/s/ William K. Davis
*Attorney's signature*

William K. Davis, NCSB No. 01117
*Printed name and bar number*
BELL, DAVIS & PITT, P.A.
Post Office Box 21029
Winston-Salem, NC  27120

*Address*

wdavis@belldavispitt.com
*E-mail address*

(336) 722-3700
*Telephone number*

(336) 722-8153
*FAX number*