# UNITED STATES DISTRICT COURT
for the
Middle District of North Carolina ▼

| | |
|---|---|
| John Doe | ) |
| *Plaintiff* | ) |
| v. | ) Case No. 1:23-CV-114 |
| Wake Forest University | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Wake Forest University

Please also note that Alan M. Ruley, Bar ID No. 16407 will serve as local counsel.

Date: 02/09/2023

*Attorney's signature*

Joshua W. B. Richards
*Printed name and bar number*
Saul Ewing LLP
Centre Square West
1500 Market Street, 38th Floor
Philadelphia, PA 19102
*Address*

joshua.richards@saul.com
*E-mail address*

(215) 972-7737
*Telephone number*

(215) 972-7725
*FAX number*