# UNITED STATES DISTRICT COURT
for the
Middle District of North Carolina

| | |
|---|---|
| John Doe <br> *Plaintiff* <br> v. <br> Wake Forest University <br> *Defendant* | ) <br> ) <br> ) Case No. 1:23-CV-114 <br> ) <br> ) |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Wake Forest University

Please also note that Alan M. Ruley, Bar ID No. 16407 will serve as local counsel.

Date: 02/09/2023

*Attorney's signature*

Douglas A. Sampson
*Printed name and bar number*
Saul Ewing LLP
1001 Fleet Street
Baltimore, MD 21202

*Address*

douglas.sampson@saul.com
*E-mail address*

(412) 332-8661
*Telephone number*

(412) 332-8862
*FAX number*