DESIGNATION OF DISTRICT JUDGE
FOR SERVICE IN ANOTHER DISTRICT WITHIN THE CIRCUIT

_____

WHEREAS, in my judgment the public interest so requires: Now, therefore pursuant to the authority vested in me by Title 28, United States Code, Section 292(b), I do hereby designate and assign the Honorable Kenneth D. Bell, United States District Judge for the Western District of North Carolina, to hold a district court in the Middle District of North Carolina in the case of *John Doe v. Wake Forest University,* No. 1:23-cv-114, for such time as needed in advance to prepare and thereafter as required to complete unfinished business in the matter.

_____
Chief Judge
Fourth Circuit

Dated: February 13, 2023