UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF NORTH CAROLINA

JOHN DOE,
    *Plaintiff*,

v.

WAKE FOREST UNIVERSITY,
    *Defendant*.

Civ. No. 1:23-cv-00114

## NOTICE OF SPECIAL APPEARANCE

Pursuant to Local Rule 83.1(d) of the Local Rules of the Middle District of North Carolina, the undersigned counsel, Stuart Bernstein, attorney of Nesenoff & Miltenberg, LLP, 363 Seventh Avenue, 5th Floor, New York, New York 10001, gives notices of his special appearance as co-counsel for Plaintiff John Doe in the above-captioned action. Mr. Bernstein is a member in good standing of the bar of the State of New York. Mr. Bernstein enters his appearance in association with Robert C. Ekstrand (N.C. Bar No. 26673), attorney of Ekstrand & Ekstrand LLP, 110 Swift Avenue, Second Floor, Durham, North Carolina 27705, who is a member of this court and will be serving as local counsel in the above-captioned action. By entering a special appearance, Mr. Bernstein agrees to the provisions of Local Rule 83.1(d) of the Local Rules of the Middle District of North Carolina.

    /s/ *Stuart Bernstein*    .
    Stuart Bernstein
    Nesenoff & Miltenberg, LLP
    363 Seventh Avenue, 5th Floor
    New York, New York 10001
    sbernstein@nmllplaw.com
    (212) 736-4500

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| JOHN DOE,<br>   *Plaintiff*,<br><br>v.<br><br>WAKE FOREST UNIVERSITY,<br>   *Defendant*. | Civ. No. 1:23-cv-00114 |

## CERTIFICATE OF SERVICE

  I hereby certify that on February 14, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notice of same to counsel of record for the Defendant, Wake Forest University. I further certify that this document will be manually served on Defendant.

              /s/ *Stuart Bernstein*  .
              Stuart Bernstein