UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| JOHN DOE,<br>      *Plaintiff*,<br><br>v.<br><br>WAKE FOREST UNIVERSITY,<br>      *Defendant*. | Civ. No. 1:23-cv-00114 |

**NOTICE OF SPECIAL APPEARANCE**

Pursuant to Local Rule 83.1(d) of the Local Rules of the Middle District of North Carolina, the undersigned counsel, Andrew T. Miltenberg, attorney of Nesenoff & Miltenberg, LLP, 363 Seventh Avenue, 5th Floor, New York, New York 10001, gives notices of his special appearance as co-counsel for Plaintiff John Doe in the above-captioned action. Mr. Miltenberg is a member in good standing of the bar of the State of New York. Mr. Miltenberg enters his appearance in association with Robert C. Ekstrand (N.C. Bar No. 26673), attorney of Ekstrand & Ekstrand LLP, 110 Swift Avenue, Second Floor, Durham, North Carolina 27705, who is a member of this court and will be serving as local counsel in the above-captioned action. By entering a special appearance, Mr. Miltenberg agrees to the provisions of Local Rule 83.1(d) of the Local Rules of the Middle District of North Carolina.

                                                /s/ *Andrew T. Miltenberg*                  .
                                                Andrew T. Miltenberg
                                                Nesenoff & Miltenberg, LLP
                                                363 Seventh Avenue, 5th Floor
                                                New York, New York 10001
                                                amiltenberg@nmllplaw.com
                                                (212) 736-4500

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| JOHN DOE,<br>   *Plaintiff*,<br><br>v.<br><br>WAKE FOREST UNIVERSITY,<br>   *Defendant*. | Civ. No. 1:23-cv-00114 |

## CERTIFICATE OF SERVICE

I hereby certify that on February 14, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notice of same to counsel of record for the Defendant, Wake Forest University. I further certify that this document will be manually served on Defendant.

                */s/ Andrew T. Miltenberg*  .
                Andrew T. Miltenberg