UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF NORTH CAROLINA

JOHN DOE,
_Plaintiff_,

v.                                                    Civ. No. 1:23-cv-00114

WAKE FOREST UNIVERSITY,
_Defendant_.

## NOTICE OF SPECIAL APPEARANCE

Pursuant to Local Rule 83.1(d) of the Local Rules of the Middle District of North Carolina, the undersigned counsel, Tara J. Davis, attorney of Nesenoff & Miltenberg, LLP, 101 Federal Street, 19th Floor, Boston, Massachusetts 02110, gives notices of her special appearance as co-counsel for Plaintiff John Doe in the above-captioned action. Ms. Davis is a member in good standing of the bars of the Commonwealth of Massachusetts and State of New York. Ms. Davis enters her appearance in association with Robert C. Ekstrand (N.C. Bar No. 26673), attorney of Ekstrand & Ekstrand LLP, 110 Swift Avenue, Second Floor, Durham, North Carolina 27705, who is a member of this court and will be serving as local counsel in the above-captioned action. By entering a special appearance, Ms. Davis agrees to the provisions of Local Rule 83.1(d) of the Local Rules of the Middle District of North Carolina.

/s/ _Tara J. Davis_                    .
Tara J. Davis
Nesenoff & Miltenberg, LLP
101 Federal Street, 19th Floor
Boston, Massachusetts 02110
tdavis@nmllplaw.com
(617) 209-2188

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF NORTH CAROLINA

JOHN DOE,
                    *Plaintiff,*

            v.                                    Civ. No. 1:23-cv-00114

WAKE FOREST UNIVERSITY,
                    *Defendant.*

## CERTIFICATE OF SERVICE

    I hereby certify that on February 15, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notice of same to counsel of record for the Defendant, Wake Forest University. I further certify that this document will be manually served on Defendant.

                                         /s/ *Tara J. Davis*    .
                                          Tara J. Davis