UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF NORTH CAROLINA

---------------------------------------------------------------------X
JOHN DOE
                           **Plaintiff,**

    -against-                                              1:23-cv-114-JLW

**WAKE FOREST UNIVERSITY,**
                         **Defendant.**
---------------------------------------------------------------------X

## NOTICE OF SCHEDULE CONFLICT

Undersigned counsel for the Plaintiff, Robert Ekstrand, Esq., is the member of this Bar with whom Plaintiff's out of state counsel, Nesenoff & Miltenberg, LLP, has associated as local counsel in the above-captioned action. Mr. Ekstrand is serving in the same capacity for the same out of state counsel in an action in the Western District of North Carolina, *Doe v. University of North Carolina System, et al*, WDNC File No. 1:23-cv-41. Counsel for the plaintiff seeks the court's resolution of a conflict in the scheduling of hearings that Mr. Ekstrand is required to attend pursuant to MDNC LR83.1 and WDNC LCvR 83.1. In support of this request, undersigned counsel shows the court the following:

1. In both cases, the plaintiff's motions for a temporary restraining order have been scheduled to be heard in the morning of February 17, 2023, one in Asheville, North Carolina and the other in Charlotte, North Carolina. Specifically:

a. **In MDNC No. 1:23-cv-114**, the motion will be heard by District Judge Kenneth D. Bell in Charlotte, North Carolina,[1] beginning at 10:30 a.m. *See*, Order entered at Status Conference, February 14, 2023. Counsel for the Defendant has advised the court that Defendant expects to oppose the relief the plaintiff seeks in the motion.

b. **In WDNC No. 1:23-cv-41**, the motion will be heard by District Judge Max O. Cogburn, Jr., in Asheville, North Carolina, beginning at 9:30 a.m. See, Text Order dated February 15, 2023. Defendants' counsel has not indicated whether Defendant will oppose the limited temporary relief sought in the motion.

2. Mr. Ekstrand is required to be present at both hearings by the local rules of both courts. *See*, WDNC LCvR 83.1(b) (attorneys admitted *pro hac vice* "must associate local counsel and be accompanied by local counsel at all hearings unless otherwise permitted by the Court"); *see also*, MDNC LR83.1 ("a member of the bar of this Court who accepts employment in association with a specially appearing attorney is responsible to this Court for the conduct of the litigation or proceeding and . . . must be present during pretrial conferences, potentially dispositive proceedings, and trial").

3. The relief sought in both motions is crucial to avoiding grave, immediate and

---

[1] The Honorable Kenneth D. Bell, United States District Judge for the Western District of North Carolina, has been designated to preside over this case by designation of the Honorable Roger L. Gregory, Chief Judge of the United States Court of Appeals for the Fourth Circuit, pursuant to 28 U.S.C. § 292(b). As such, the conflicting hearing in this case will be held in Charlotte.

2

irreparable harm to the plaintiff in each case.

4. A similar Notice is being filed contemporaneously in *Doe v. University of North Carolina System, et al.*, WDNC No. 1:23-cv-41.

THEREFORE, undersigned counsel for the plaintiff respectfully requests that the location and/or time of the scheduled hearings be adjusted to permit Mr. Ekstrand to appear at both proceedings or otherwise comply with the local rules.

Respectfully submitted this 16th day of February 2023.

**Counsel for Plaintiff John Doe**

**Nesenoff & Miltenberg, LLP**
/s/ *Andrew T. Miltenberg* .
Andrew T. Miltenberg
amiltenberg@nmllplaw.com
*(pro hac vice forthcoming)*
Stuart Bernstein
sbernstein@nmllplaw.com
*(pro hac vice forthcoming)*
Tara J. Davis
tdavis@nmllplaw.com
*(pro hac vice forthcoming)*

-and-

**Ekstrand & Ekstrand LLP**
/s/ *Robert C. Ekstrand* .
Robert C. Ekstrand
N.C. Bar No. 26673
rce@ninthstreetlaw.com
    Ekstrand & Ekstrand LLP
    110 Swift Avenue, Second Floor
    Durham, North Carolina 27705
    (919) 452-4647

3

Case 1:23-cv-00114-KDB-SCR   Document 19   Filed 02/16/23   Page 3 of 4

## CERTIFICATE OF SERVICE

I hereby certify that at approximately 12:25 p.m. on February 16, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notice of the filing to all counsel of record in this action.

/s/ Robert C. Ekstrand        .
Robert C. Ekstrand
