IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| JOHN DOE, | |
| Plaintiff, | Case No. 1:23-cv-00114 |
| v. | |
| WAKE FOREST UNIVERSITY, | |
| Defendant. | |

## DECLARATION OF JOSHUA W.B. RICHARDS

I, Joshua W.B. Richards, hereby declare as follows:

1. I am a partner at the law firm Saul Ewing LLP, counsel for defendants in this proceeding.

2. I submit this declaration in support of Wake Forest University's opposition "Opposition") to Plaintiff's Motion for a Temporary Restraining Order and Preliminary Injunction.

3. In support of the Opposition, I attach true and correct copies of the following exhibits:

    a. Exhibit A: The Wake Forest University Sex and Gender Discrimination and Harassment Policy and Title IX Sexual Harassment and Non-Title IX Sexual Misconduct Grievance Procedures, which is also attached to Plaintiff's Motion at ECF No. 6-2.

    b. Exhibit B: The Final Outcome Letter , dated December 20, 2022 by Hearing Officer Dixie Wells, which is also attached to Plaintiff's Motion at ECF No, 6-7.

    c. Exhibit C: Formal Title IX Complaint Form ("Formal Complaint") filed by Jane Roe on April 12, 2022, which is attached to Plaintiff's Motion at ECF No. 6-3.

d. <u>Exhibit D</u>: Notice of Allegations from Title IX Coordinator, Aishah Casseus to John Doe, dated April 13, 2022, attached to Plaintiff's Motion at ECF No. 6-4.

e. <u>Exhibit E</u>: Declaration of Title IX Coordinator Aishah Casseus.

f. <u>Exhibit F</u>: Declaration of Title IX Investigator Jessica Telligman.

g. <u>Exhibit G</u>: Notice of Allegations (Updated) from Title IX Coordinator, Aishah Casseus to John Doe, dated April 13, 2022, attached to Plaintiff's Motion at ECF No. 6-5.

h. <u>Exhibit H</u>: Title IX Office Investigation Report by Jessica Telligman, dated November 4, 2022, attached to Plaintiff's Motion as ECF No. 6-6.

i. <u>Exhibit I</u>: Appeal by Respondent John Doe, dated January 3, 2023 and attached to Plaintiff's Motion at ECF No. 6-8.

j. <u>Exhibit J</u>: Appellate Decision by Howard Kallem, dated January 23, 2023 and attached to Plaintiff's Motion at ECF No. 6-9.

k. <u>Exhibit K</u>: Letter from Dr. Jim Settler to John Doe, dated January 24, 2023 and attached to Plaintiff's Motion at ECF No. 6-10.

l. <u>Exhibit L</u>: Declaration of Dr. Gokce Palak.

m. <u>Exhibit M</u>: Declaration of Phil Anderson.

n. <u>Exhibit N</u>: Declaration of Dr. Kenny Herbst.

o. <u>Exhibit O</u>: Excerpt of Interview with Jane Roe (10/12/22).

p. <u>Exhibit P</u>: Excerpt of Interview with Plaintiff (9/8/22).

q. <u>Exhibit Q</u>: Declaration of Dixie Wells.

r. <u>Exhibit R</u>: Declaration of Howard Kallem.

s. <u>Exhibit S:</u> A transcript of Title IX Hearing at Wake Forest University between Jane Roe and Plaintiff on November 29, 2022.

4. The original transcript of the hearing from November 29, 2022 was transcribed by artificial intelligence from the Zoom meeting. As a result, the software often identified the incorrect speaker in a manner that can render it time-consuming to follow, as noted in the Final Outcome Letter. To aid the Court in considering the Motion, we used a transcription service to transcribe the videos of the hearing in a cleaner format. The attached transcript is not paginated in the same way as the transcript relied upon by Hearing Offer Dixie Wells in her Final Outcome Letter, though the substance has not changed. Where text appears in red brackets, it replaced confidential student information, such as the name of a party or a student witnesses. We would of course provide the original transcript and/or the videos of the hearing if it the Court would find them useful.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this 16th day of February, 2023.

*/s/ Joshua W.B. Richards*
Joshua W.B. Richards