# Wake Forest University
## Title IX Formal Complaint - Wake Forest University

*Submitted on April 12, 2022 at 1:18:11 pm EDT. Last modified April 12, 2022 at 1:58:23 pm EDT.*

| | |
|---|---|
| Nature | **Title IX Formal Complaint** |
| Urgency | **N/A** |
| Incident Date and Time | **2022-04-12** |
| Incident Location | **N/A** |

Reported by
Name: ▮▮▮▮▮▮▮▮
Title:
Email: ▮▮▮▮▮▮▮▮
Phone ▮▮▮▮▮
Address: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

Involved Parties
▮▮▮▮▮▮▮▮▮▮▮▮  ▮▮▮▮▮  ▮▮▮▮▮▮▮▮
Respondent     ▮▮    ▮▮▮▮▮▮▮▮▮▮▮▮

Incident Information
Alleged prohibited conduct (check all that apply):
**Sexual Assault**

What is your relationship to the Respondent(s)? (Friend, dating, classmate, colleague, etc.)
**acquaintance**

Date and time of incident:
**October 15th 2021 after 10pm and October 16th 2021 before 10am**

Location of incident:
**My dorm room -** ▮▮▮▮▮▮

Provide a detailed description of the incident using specific, concise, objective language (who, what, where, when, why and how).
**The respondent attended my sorority date function as my date on October 15th. After the event in my dorm room I was unable to give consent to activity that occurred and the next morning non-consensual activity occurred.**

By typing my name below, I confirm I am the Claimant making a Formal Complaint under Title IX or the parent/guardian of a minor who is the Claimant.
▮▮▮▮▮▮▮▮

Claimant ID#
▮▮▮▮▮

Claimant Status
**Undergraduate Student**

Students: provide current academic year. Employees: provide department and position.
**Junior/Class of 2023**

I understand that by submitting this Formal Complaint, I am seeking to initiate the grievance process and/or informal resolution process related to the allegations that have been reported, including notification of Respondent(s). I also understand that I must check the "Email me a copy of this report" checkbox at the end of the form in order to receive a copy, and if I fail to do so, I will not receive a copy of the report.

**Yes, I understand.**

▮

*Submitted from 152.17.119.222 and routed to Olivia Bray (Case Coordinator)*
*Modified by Olivia Bray on April 12, 2022 at 1:58:23 pm EDT from 152.17.174.202*
*Copies originally to: casseua@wfu.edu,telligjr@wfu.edu*