Doe Decl. Ex. C  p. 1



**Title IX Office**

April 13, 2022

▮▮▮▮▮▮
Sent electronically to ▮▮▮▮▮▮

**PERSONAL AND CONFIDENTIAL**

▮▮▮▮▮

Re: Notice of Allegations

Dear ▮▮,

I am sending this Notice of Allegations to inform you that Wake Forest University has received a Formal Complaint alleging that you have engaged in sexual harassment in violation of Wake Forest University's *Sex and Gender Discrimination and Harassment Policy and Title IX Sexual Harassment and Non-Title IX Sexual Misconduct Grievance Procedures* (the "Policy"), which is linked here. Wake Forest University will address this Formal Complaint using the procedures in this Policy.

In the Formal Complaint, ▮▮▮▮▮▮ alleges that you engaged in sexual harassment (as defined by the Policy) by sexual assault on October 16, 2021, in ▮▮▮▮▮▮ including, but not limited to, as follows:

*The respondent attended my sorority date function as my date on October 15th. After the event in my dorm room I was unable to give consent to activity that occurred due to incapacitation and the next morning non-consensual digital penetration occurred."*

During and for the purposes of Wake Forest University's investigation of these allegations, Wake Forest University will refer to ▮▮▮▮▮▮ as the "Claimant" and will refer to you as the "Respondent."

Under Wake Forest University's Policy, Formal Complaints are presumed to have been filed in good faith. In addition, you are presumed not responsible for the alleged conduct.

As the Title IX Coordinator, one of my roles is to meet with you to explain the process and all

1834 Wake Forest Road | Reynolda Hall, Suite 307 | Winston-Salem, North Carolina 27109 | p 336.758.7258 | titleixcoordinator@wfu.edu

Case 1:23-cv-00114   Document 6-4   Filed 02/07/23   Page 1 of 2

**Richards Decl. Ex. D**

Case 1:23-cv-00114-KDB-SCR   Document 20-5   Filed 02/16/23   Page 1 of 2

available options including supportive measures. Before moving forward with an investigation of the Formal Complaint, I would like to meet with you to discuss those issues (all of which are addressed in the Policy). This meeting will not be an interview, but rather an opportunity for you to learn and ask questions.

You may be accompanied by an advisor of your choice (who may be, but is not required to be an attorney) at this and all other meetings.  You also may have a support person of your choosing to support you during the process.

As required by federal regulations and the Grievance Procedures, I am also providing the Claimant a copy of this Notice of Allegations.

Please note that it is a violation of the Policy to retaliate against anyone for reporting, filing a Formal Complaint, or participating in or refusing to participate in an investigation, proceeding, or hearing of alleged sexual . Retaliation includes direct and indirect intimidation, threats, coercion, harassment and discrimination. Please also note that it is a violation of the Policy to knowingly provide false or misleading information to Wake Forest officials involved in the investigation or resolution of a Formal Complaint or to encourage others to do so.

I look forward to hearing from and meeting with you. Please respond as soon as possible to let me know your availability to meet with me.

Sincerely,

*Aishah Casseus*

Aishah Casseus
Director of the Title IX Office/504 Coordinator

CC: Olivia Bray, Case Coordinator