Doe Decl. Ex. I   p. 1

**WAKE FOREST UNIVERSITY**

Office of the Dean of Students
Division of Campus Life

January 24, 2023

▇▇▇▇▇▇▇
Sent electronically to ▇▇▇▇▇▇▇▇▇
Regarding Case Number: 2022078901

Dear ▇▇▇▇▇▇▇:

This letter is in response to notification received today from the Title IX office informing the Office of the Dean of Students of your outcome of four semesters (including summer sessions and intersessions). Based upon the notification from Title IX, you are suspended for judicial reasons from Wake Forest University, effective December 20, 2022. You may reapply for admission, in accordance with University policies, no earlier than January 2, 2024. Please see https://advising.wfu.edu/enrollment-status/leaving-departing-returning/withdrawal-readmission/ for details on readmission procedures.

No student suspended from Wake Forest University may take coursework at another institution and have that work transferred to Wake Forest for credit.

With immediate effect, you are prohibited from attending any University functions, events, or activities. You are prohibited from being present on any property which is owned, managed, leased, or operated by Wake Forest University or any related department, company, organization, or subsidiary. This includes athletic, arts, student organization, and community events and properties such as the Lawrence Joel Veterans Memorial Coliseum, Reynolda Village, University Corporate Center, Faculty Drive neighborhood, and residential and housing properties. You are allowed to go to Atrium Wake Forest Baptist Health Hospitals, clinics, and offices for the purpose of medical care and to conduct medically related business.

You are required to return any University property, including your ID card, library materials, computing materials, etc. To return small items, please send them to me via postal mail. If you have numerous or valuable items, please contact me by email or telephone to make arrangements for shipping, delivery, or other method of return.

If you have reason to request to be on Wake Forest University property or at an event or activity, make your request in writing at least three business days prior. Please specify why you believe your request should be granted.

If you have any questions, please contact me at settlej@wfu.edu, or 3367585226.

Sincerely,

*[signature]*

Dr. Jim Settle
Associate Dean of Students

CC: Regina Lawson, Assistant Vice President for Campus Life and Chief of Police

P.O. Box 7202 | Winston-Salem, NC 27109 | p 336.758.5226 | fax 336.758.4883


Case 1:23-cv-00114   Document 6-10   Filed 02/07/23   Page 1 of 2

**Richards Decl. Ex. K**

Case 1:23-cv-00114-KDB-SCR   Document 20-12   Filed 02/16/23   Page 1 of 2

E. Ashley Hairston, Associate Dean for Academic Advising
Jeffrey Teague, Associate Director of University Computing