IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| JOHN DOE, | : | |
| Plaintiff, | : | Case No. 1:23-cv-00114 |
| v. | : | |
| WAKE FOREST UNIVERSITY, | : | |
| Defendant. | : | |

# DECLARATION OF DR. GOKCE PALAK

I, Dr. Gokce Palak, hereby declare as follows:

1. I am an Associate Teaching Professor of Supply Chain Management at Wake Forest University's School of Business. This is my first semester teaching at Wake Forest.

2. Prior to Wake Forest, I spent more than nine years at Shenandoah University as an Associate Professor of Supply Chain Management and Quantitative Methods. I obtained my Ph.D. in Industrial and Systems Engineering from Mississippi State University in 2013.

3. John Doe was registered for my class, Business & Enterprise Management (BEM) 241, for the Spring 2023 semester. It is my understanding that he needs to pass my class in order to graduate in his major

4. At the request of Seth Youngblood, the Associate Director of Integrative Student Services, I made special accommodations for John Doe to access all course materials online at the start of the semester. I was not told the reason.

5. Between the start of the semester on January 9, 2023 and January 19, 2023, John Doe did not access any lectures, videos, or course materials in the online system. I emailed Mr.

Youngblood to inform him that John Doe had not accessed any course materials as of January 19 because I was concerned that John Doe was not keeping up with the coursework.

6. On January 30, 2023, I received an email from Mr. Youngblood informing me that John Doe was withdrawing from the class. I was not told the reason why. Because he was removed from the online system, I do not know if he accessed the class materials after January 19th.

7. Even if John Doe rejoined my class immediately, he would be unable to pass the course. To date, he has already missed homework assignments and one quiz, and would likely miss the additional homework assignments and a quiz that are scheduled for next week. The week thereafter is the course midterm.

8. The coursework in my class is cumulative, meaning the lessons build on previous lessons. A student who has missed the first six weeks of my class will not be able to catch up enough in order to master the material and pass my class.

9. I have never met Doe and I have no knowledge of the facts that led to Doe's withdrawal from my class.

10. I have provided this affidavit at the request of the University solely for purposes of providing information about Doe's academic progress.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this __16__ day of February, 2023.

*Gokce Palak*
Dr. Gokce Palak