IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

_____
:
JOHN DOE,                                  :
:
         Plaintiff,            :  Case No. 1:23-cv-00114
:
   v.                                     :
:
WAKE FOREST UNIVERSITY,         :
:
         Defendant.         :
_____:

## DECLARATION OF PHIL ANDERSON

I, Phil Anderson, hereby declare as follows:

1. I am an Associate Teaching Professor of Strategic Management at Wake Forest University. I have been at Wake Forest since July 2019.

2. Prior to Wake Forest, I spent eight years teaching at University of Illinois at Urbana-Champaign. In 2012, I received my Ph. D. from the Massachusetts Institute of Technology's Sloan School of Management.

3. John Doe was registered for my class for the Spring 2023 semester. My class is a capstone course, which means both that Doe must take my class in order to graduate in his major and teamwork is a critical component and learning objective of the course.

4. At the request of Seth Youngblood, the Associate Director of Integrative Student Services, I made special accommodations for John Doe to access all course materials online at the start of the semester. I was not told the reason.

5. I created groups during the second week of class once the roster had stabilized. Doe was assigned to a group. The group was responsible for working as a team to submit the first group

assignment (which I refer to as a deliverable) due on January 26th. Each team submitted a rough work plan laying out team expectations by 11:59pm on January 24th. Doe's team submitted their plan at 9:02pm on January 24th. The work plan shows Doe's responsibilities for the assignment of which Doe agreed to complete. In class on the 24th, another student assigned to Doe's group approached me with concern because Doe had suddenly not been responsive in the latest group chat related to completing his share of the group assignment. When asked what to do, I suggested the group complete the deliverable without Doe's contribution, which they did.

6. Doe missed Learning Module 3 content including an individual quiz. In relation to Module 3, John Doe's group has since completed a second deliverable without his involvement.

7. The mid-term examination for the course is February 16, 2023.

8. On February 14, 2023, I gave students time to organize in their teams for the first deliverable of the larger group project that comprises a major component of the course. The transition from the mid-term to the first project deliverable requires careful planning and coaching so that teams are not overwhelmed. The first two group projects prepared students for this larger project, and the larger group project functions as a cumulative assignment building on skills already developed in the first two group projects.

9. Adding Doe back onto a team after missing Module 3 and not following through on the first group deliverable would be a significant detriment to that team, and would likewise not put Doe in a position to succeed in my class. It would be highly disruptive and unfair to the other students enrolled in the course.

10. I have no knowledge of the facts that led to Doe's suspension.

11. I have provided this affidavit at the request of the University solely for purposes of providing information about Doe's academic progress toward graduation.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this 16th day of February, 2023.

_____
Phil Anderson