know, broad, broad, vague timeline. But again, the differences are only because I was frightened out of my mind, and confused, and in a state of shock, and so scared to get in more trouble on top of what had already been going on. And so those changes like that are because I was so scared. It wasn't any other reason. I didn't know what to say who I could trust, and it's embarrassing to come in like that as well.

90
00:11:29.170 --> 00:11:33.149
[Jane Roe] Um, it's really hard to answer those questions, and quite frankly, I came in trying to not answer any one of them. So I think just with those things in mind. I think that adds clarity as to why, you know, the report is written the way as it is, because I didn't answer everything, and I didn't know how to answer everything without getting people in trouble. And there were so many things in those questions. So as for the difference, I think, keeping those things in mind. That is why there is a difference, but also similarities in some senses.

95
00:12:01.940 --> 00:12:07.619
Jessica: And it looks like to me under subjective, it says chief complaint, requesting drug testing. So it may be, and correct me, I'm going to make an assumption based on what you just told me, it may be that your goal there was just to get the drug testing, not to report anything necessarily. Is that kind of what you're telling me?

97
00:12:22.160 --> 00:12:27.720
[Jane Roe] My goal was absolutely not to report. I was terrified. I didn't think anybody would believe me.

Jessica: Okay.

[Jane Roe] It's not normal to, it took me a long time to even just accept the fact that I was part of a group that's now considered survivors. It took a very long time for me to even be able to put into words what happened to me, and so, a few days after, no, I was not ready to report. I was not ready to go gung ho on a process, you know, that would take a long time. That is incredibly, emotionally draining and difficult. Those first few days I was, I was amazed, just being able to like barely function, and trying to put on a face, and, you know, dealing with being in the same room and other things, like I was barely surviving. So reporting was out of the question in my head. I wanted nothing to do with it because I didn't think anybody would believe me.

103
00:13:11.780 --> 00:13:18.979
[Jane Roe] I didn't know yet how much of an eye my friends had been keeping out on me, like keeping out for me. I didn't know so many other things till much later.

104
00:13:23.620 --> 00:13:24.590

**Richards Decl. Ex. O**

Case 1:23-cv-00114-KDB-SCR   Document 20-16   Filed 02/16/23   Page 1 of 1