Do you remember anything else happening there?

**[John Doe]** 09:08
Um no, nothing out of the blue comes to my mind. Nothing I remember [inaudible]

**Jessica Telligman** 09:17
Okay, what? How long do you think you were there?

**[John Doe]** 09:24
Maybe and, again, I don't remember specifically. So an hour and a half, two hours, maybe a little bit longer. Again, I'm not positive on that.

**Jessica Telligman** 09:46
So what do you remember about leaving?

**[John Doe]** 09:51
So with date functions, for sorority date functions in general, it's pretty common for couples to, for the date function to end at a time where it's still possible for you to either go to a different frat party or go to a bar downtown. You know, there's they're going to end at a certain time where there's still stuff to do at night, so I can't again, say for sure. I don't want to guess here, but I would say we left no later than 12, 12:30 at the latest. Again, that's just my best guess. But I can't be sure of that.

**Jessica Telligman** 10:32
Do you remember where you went?

**[John Doe]** 10:35
Yes. I don't remember how we got back. I don't know if the vans that her sorority provided took us back or if it was an Uber or if it was a pledge driver. It could have been either of those three. I don't remember for sure. But I do remember we went right back to Polo, or in the case that her sorority bus or van driver probably dropped us off in the Q Lot. So we went back to her dorm after the date function. I don't remember going to anywhere else.

**Jessica Telligman** 11:14
You think but we're not sure that was about midnight? Possibly?

**[John Doe]** 11:18
Yeah, I don't. I don't want to say I'm positive. But if I had to guess, I would assume the sorority date function kind of wrapped up by then.

**Jessica Telligman** 11:33
you don't remember, and I'm assuming that's not because you were too impaired to remember. It's because of the passage of time?

**[John Doe]** 11:43

**Richards Decl. Ex. P**

Case 1:23-cv-00114-KDB-SCR   Document 20-17   Filed 02/16/23   Page 1 of 2

Correct. I, again, I want to make clear that I was fully coherent during this event. I was not blackout. My memory was not spotty due to alcohol. It's just a matter of being so long ago that certain events don't stick in my mind that long.

**Jessica Telligman**  12:03
And when was the first point that you were notified that there was possibly a problem with the date night, and the reason I ask that is because sometimes that's a memory marker, right?

**[John Doe]**  12:19
Sure.

**Jessica Telligman**  12:20
So if you know, for example, a week later that there was an issue, you may have that as a marker versus a year later. So the question is, when did you first think oh, gosh, there might have been a problem?

**[John Doe]**  12:33
April 2022, when I was notified about the allegations.

**Jessica Telligman**  12:37
April 2022. So prior to that time, you had no idea there was any issue?

**[John Doe]**  12:45
Correct, she did not talk to me afterwards, didn't Snapchat me, say anything went wrong. And again, that that was common for how our hookups went, it wasn't something where we, we had a casual conversation the next day, most of our relationship was just hookups. So it wasn't out of the blue to not hear from her right after, but I didn't hear until April 2022 when I received the Notice of Allegations.

**Jessica Telligman**  13:17
I understand. So you, you didn't reach out to her. Is that in part because you were interested it sounds like in somebody else around that time anyway?

**[John Doe]**  13:28
Correct. I was interested in someone else at the time. And also, I just didn't think anyone, anything went wrong. It was just a normal kind of night for us as well.

**Jessica Telligman**  13:39
Okay, so let me go back to the date function, and really you described that it ended and you went back to Polo, and you're not sure how you got there, but can you describe for me, [Jane Roe] demeanor? Did she seem impaired to you at that point?

**[John Doe]**14:02
Again, she was definitely intoxicated. But I clearly remember again, there was no signs of, um she was at a point where again, I described it as she couldn't, she couldn't walk straight, she wasn't slurring her