**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF NORTH CAROLINA**

| | |
|---|---|
| JOHN DOE, | : |
| Plaintiff, | : Case No. 1:23-cv-00114 |
| v. | : |
| WAKE FOREST UNIVERSITY, | : |
| Defendant. | : |

A transcript of Title IX Hearing at Wake Forest University between Jane Roe and Plaintiff on November 29, 2022, identified as Defendant's **Exhibit S**, will be filed separately **under seal.**

**Richards Decl. Ex. S**