**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF NORTH CAROLINA**

|                          |   |                        |
|--------------------------|---|------------------------|
|                          | : |                        |
| JOHN DOE,                | : |                        |
|                          | : |                        |
| Plaintiff,               | : | Case No. 1:23-cv-00114 |
|                          | : |                        |
| v.                       | : |                        |
|                          | : |                        |
| WAKE FOREST UNIVERSITY,  | : |                        |
|                          | : |                        |
| Defendant.               | : |                        |
|                          | : |                        |

## ORDER

Upon consideration of Plaintiff's Motion for Temporary Restraining Order and Preliminary

Injunction [ECF No. 6], Defendant's opposition thereto [ECF No. 19], and argument, it is on this

_____ day of_____, 2023, HEREBY ORDERED that the Plaintiff's Motion be,

and hereby is, DENIED.

_____
The Honorable Kenneth D. Bell
U.S. District Court Judge