IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| JOHN DOE, | |
| Plaintiff, | Case No. 1:23-cv-00114 |
| v. | |
| WAKE FOREST UNIVERSITY, | |
| Defendant. | |

**DEFENDANT'S MOTION TO FILE TRANSCRIPT FROM
TITLE IX SEXUAL MISCONDUCT HEARING UNDER SEAL**

Defendant Wake Forest University ("University"), pursuant to Local Rule 5.4(c)(2), moves this Court to file the attached **Exhibit S** to Defendant's Opposition ("Opposition") to Plaintiff's Motion for Temporary Restraining Order and Preliminary Injunction under seal. In support thereof the University states as follows:

1. This matter involves claims related to a Title IX sexual misconduct investigation and disciplinary proceeding involving the Plaintiff, John Doe and a female student, Jane Roe. The documents related to the Title IX investigation and proceeding contain highly sensitive and confidential information that, among other things, is protected by the Family Educational Rights and Privacy Act ("FERPA") 20 U.S.C. § 1232g *et seq.*; 34 CFR Part 99 *et seq.*

2. Recognizing these concerns, Plaintiff filed a Motion for Leave to Proceed Under Pseudonym. [ECF No. 3]

3. The University has stipulated to the Motion and this Court has stated it will enter an order allowing all parties to proceed under pseudonym.

41182994.1

4. On February 14, 2023, this Court held a status conference with the parties. The Court indicated that, given the nature of the proceedings, the parties may file a motion to seal any document with confidential information.

5. While the University has redacted all student names in the transcript, it still contains significant sensitive information that, read in context, could identify the parties or their affiliations.

6. Therefore, Exhibit S to the Opposition contains significant confidential and identifying information that justifies sealing it under M.D.N.C. Local Rule 5.4(c)(3). Given the length and detail of the Title IX proceedings contained in the transcript, no less drastic alternative to sealing is available. Redacting all confidential and sensitive information would be unreasonably time consuming and render the transcript unreadable to the Court.

7. Granting this motion is consistent with the agreement of the parties to proceed under pseudonyms to protect their identifies.

8. It is within the sound discretion of this Court to grant the motion. Fed. R. Civ. P. 10(a), 17(a)(1); *James v. Jacobson*, 6 F.3d 233, 238 (4th Cir. 1993).

WHEREFORE, the University respectfully requests that the Court grant this motion and allow Exhibit S to the Opposition, which is attached, to be filed under seal.

[Signature on Next Page]

Dated: February 16, 2023

Respectfully Submitted,

*/s/Joshua W. B. Richards*
Joshua W.B. Richards (Special Appearance)
Douglas A. Sampson (Special Appearance)
SAUL EWING LLP
Centre Sq. West, 1500 Market St.
38th Floor
Philadelphia, PA 19102
215-972-7737
joshua.richards@saul.com
douglas.sampson@saul.com

and

William K. Davis (NCSB No. 01117
Alan M. Ruley (NCSB No. 16407)
BELL, DAVID & PITT, P.A.
P.O. Box 21029
Winston-Salem, NC 27120
336-722-3700
wdavis@belldavispitt.com
aruley@belldavispitt.com

*Counsel for Defendant Wake Forest University*

SO ORDERED:

_____
Kenneth D. Bell
U.S. District Court Judge

# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| JOHN DOE, | : | |
| Plaintiff, | : | Case No. 1:23-cv-00114 |
| v. | : | |
| WAKE FOREST UNIVERSITY, | : | |
| Defendant. | : | |

## CERTIFICATE OF SERVICE

I hereby certify that on this 16th day of February, 2023, a copy of the foregoing Motion to File Exhibit Under Seal was served on all parties via the court's ECF system

                                              */s/ Douglas A. Sampson*
                                              Douglas A. Sampson