IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| JOHN DOE, | : |
| Plaintiff, | : Case No. 1:23-cv-00114 |
| v. | : |
| WAKE FOREST UNIVERSITY, | : |
| Defendant. | : |

**JOINT STATUS REPORT AND STIPULATED PROPOSED SCHEDULE**

Counsel for all parties met and conferred on February 28, 2023. Counsel for Plaintiff advised that Plaintiff does not intend to pursue an immediate interlocutory appeal of the Court's February 17 and 27, 2023 orders (ECF Nos. 25 & 27).

Accordingly, the parties propose the following stipulated schedule for addressing the pleadings:

1. Defendant's responsive motion, if any, due on or before <u>March 15, 2023</u>;

2. If no responsive motion is filed, Defendant's answer due on or before <u>March 22, 2023</u>;

3. If a responsive motion is filed, Plaintiff's opposition brief due on or before <u>March 29, 2023</u>; and

4. Defendant's Reply due on or before <u>April 5, 2023</u>.

Counsel respectfully request that the Court adopt the foregoing schedule.

41241686.1

Dated: February 28, 2023                                        Respectfully Submitted,

/s/ Tara J. Davis                                               /s/Joshua W. B. Richards
Andrew Miltenberg (*Special Appearance*)                        Joshua W.B. Richards (*Special Appearance*)
Stuart Bernstein (*Special Appearance*)                         Douglas A. Sampson (*Special Appearance*)
Tara Jill Davis (*Special Appearance*)                          SAUL EWING LLP
NESENOFF & MILTENBERG, LLP                                      Centre Sq. West, 1500 Market St.
363 SEVENTH AVENUE, 5TH FLOOR                                   38th Floor
NEW YORK, NY 10001                                              Philadelphia, PA 19102
212-736-4500                                                    215-972-7737
amiltenberg@nmllplaw.com                                        joshua.richards@saul.com
sbernstein@nmllplaw.com                                         douglas.sampson@saul.com
tdavis@nmllplaw.com
                                                                and
Robert C. Ekstrand
EKSTRAND & EKSTRAND, LLP                                        William K. Davis (NCSB No. 01117)
110 Swift Ave., 2nd Fl.                                         Mark A. Jones (NCSB No. 36215)
Durham, NC 27705                                                Alan M. Ruley (NCSB No. 16407)
919-416-4590                                                    BELL, DAVIS & PITT, P.A.
rce@ninthstreetlaw.com                                          P.O. Box 21029
                                                                Winston-Salem, NC 27120
                                                                336-722-3700
                                                                wdavis@belldavispitt.com
                                                                mjones@belldavispitt.com
                                                                aruley@belldavispitt.com

41241686.1