IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
CIVIL ACTION NO. 1:23-CV-00114

| | |
|---|---|
| **JOHN DOE,** | |
| **Plaintiff,** | |
| v. | **ORDER** |
| **WAKE FOREST UNIVERSITY,** | |
| **Defendant.** | |

**THIS MATTER** is before the Court on the Parties' Joint Status Report and Stipulated Proposed Schedule (Doc. No. 28). As the Court has previously stated, it intends to move this case forward promptly so that it is ready for trial by the end of this calendar year. Further, the Court has already had an opportunity to fully consider extensive arguments from the parties on the merits of Plaintiff's Title IX claims and noted that, under the relatively lenient standard of a motion to dismiss under Rule 12(b)(6) in which the Plaintiff's allegations must be taken as true, it would likely find that Plaintiff has at least "plausibly" stated a claim under Title IX. *See* Doc. No. 27 at 13. Therefore, the Court sets the following schedule for the next steps in this action:

1. On or before March 17, 2023, Defendant shall file an answer to the Complaint;

2. If the Defendant chooses to do so, it may also file a motion in response to the Complaint on or before March 17, 2023. In the event such a motion is filed, the Court will determine if Plaintiff is required to file a response and, if so, set a response time of no less than 14 days from the date of the Court's order. Defendant will be entitled to file a reply within 7 days of any response;

1

3. On or before March 22, 2023, the parties shall hold an Initial Attorneys' Conference under Rule 16 of the Federal Rules of Civil Procedure (*see also* Local Rules 16.1 of the MDNC and WDNC) and file with the Court a proposed case management schedule that sets the potential trial in this matter to be held no later than December 2023. The parties can expect that the Court will generally use the form of its standard Case Management Order, which can be found on the website of the United States District Court for the Western District of North Carolina (Tab Judges' Info / sub tab Judges Orders); and

4. For the avoidance of doubt and notwithstanding the absence of a Case Management Order, which will be entered shortly following the filing of the parties' proposed schedule, the parties may serve discovery beginning March 22, 2023 (or earlier upon the parties' agreement).

**SO ORDERED ADJUDGED AND DECREED**.

Signed: March 1, 2023

Kenneth D. Bell
United States District Judge

2

Case 1:23-cv-00114-KDB-DSC   Document 30   Filed 03/01/23   Page 2 of 2