IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| JOHN DOE, | : |
| Plaintiff, | : Case No. 1:23-cv-00114 |
| v. | : |
| WAKE FOREST UNIVERSITY, | : |
| Defendant. | : |

**DEFENDANT WAKE FOREST UNIVERSITY'S
MOTION TO DISMISS THE COMPLAINT**

Defendant Wake Forest University (the "University") moves pursuant to Federal Rule of Civil Procedure 12(b)(6) for an order dismissing the Complaint [ECF No. 1] with prejudice. The legal authority and arguments supporting the University's motion are set forth in the memorandum of law filed concurrently with this motion.

WHEREFORE, Defendant Wake Forest University respectfully requests that this Court issue an Order:

a. dismissing the Complaint in its entirety, with prejudice; and

b. granting the University such further relief as the Court deems appropriate.

1

Dated: March 16, 2023				Respectfully Submitted,


				 /s/ Joshua W.B. Richards
				Joshua W.B. Richards (Special Appearance)
				Douglas A. Sampson (Special Appearance)
				SAUL EWING LLP
				Centre Sq. West, 1500 Market St.
				38th Floor
				Philadelphia, PA 19102
				215-972-7737
				joshua.richards@saul.com
				douglas.sampson@saul.com

				and

				William K. Davis (NCSB No. 01117
				Alan M. Ruley (NCSB No. 16407)
				Mark A. Jones (NCSB No. 36215)
				BELL, DAVIS & PITT, P.A.
				P.O. Box 21029
				Winston-Salem, NC 27120
				336-722-3700
				wdavis@belldavispitt.com
				aruley@belldavispitt.com
				mjones@belldavispitt.com

				*Counsel for Defendant Wake Forest University*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| JOHN DOE, | : |
| Plaintiff, | : Case No. 1:23-cv-00114 |
| v. | : |
| WAKE FOREST UNIVERSITY, | : |
| Defendant. | : |

## CERTIFICATE OF SERVICE

I hereby certify that on this 16th day of March, 2023, a copy of the foregoing motion to dismiss, memorandum of law in support thereof, and a proposed Order were served on all parties via the court's ECF system

          */s/ Douglas A. Sampson*
          Douglas A. Sampson (Special Appearance)