**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA**

| | | |
|---|---|---|
| JOHN DOE, | **:** | |
| | **:** | |
| Plaintiff, | **:** | Case No. 1:23-cv-00114 |
| | **:** | |
| v. | **:** | |
| | **:** | |
| WAKE FOREST UNIVERSITY, | **:** | |
| | **:** | |
| Defendant. | **:** | |

## ORDER

    **AND NOW**, this _____ day of _____, 2023, after consideration of Defendant Wake Forest University's Motion to Dismiss Plaintiff's Complaint [ECF No. 1], and all responses thereto, it is **ORDERED** that the Motion is **GRANTED**. Plaintiff's Complaint is **DISMISSED** in its entirety **WITH PREJUDICE**.

                      **BY THE COURT:**

                      _____

                      Hon. Kenneth D. Bell
                      United States District Judge