# EXHIBIT B

# Undergraduate Student Handbook

## *Code of Conduct*

## February 27, 2023

Interim Version contains language and policy changes due to COVID-19, proposed inclusive language changes, and changes in the names and descriptions of conduct processes. There have been no substantive changes to the rights and responsibilities of all Wake Forest University Community Members.

The official version of the Student Code of Conduct is located online
https://studentconduct.wfu.edu/undergraduate-student-handbook/

Any changes or modifications reflected here supersede hard copy versions of the document and the PDF version.

2023-02-27



## Table of Contents

*Click an item to go to that topic*

**Undergraduate Student Handbook       1**

**Code of Conduct       1**

and Conduct Process for Undergraduate Students          5

Honor Code          5

Code of Conduct          6

The Sex and Gender Discrimination and Harassment Policy and Title IX Sexual Harassment and Non-Title IX Sexual Misconduct Grievance Procedures          6

General Jurisdiction          6

Violations Under More Than One Policy          7

Statement on Expression          7

Definitions          8

Prohibited Behaviors          9

    1. Abuse of the Conduct Process.          9

    2. Alcohol Violation.          9

    3. Bullying/Cyberbullying.          9

    4. Complicity.          9

    5. Computing.          9

    6. Contempt of the Conduct Process.          9

    7. Copyright Violation.          9

    8. Destruction or Defacement of Property or Grounds.          10

    9. Disorderly Conduct.          10

    10. Disruption or Obstruction of University Activities.          10

    11. Failure to Comply with the Directions of University or Other Officials.          10

    12. Fire Safety.          10

    13. Harassment.          10

    14. Harm to Others.          11

    15. Hazardous Activity.          11

    16. Hazing.          11

    17. Honor Code (non-academic violation).          11

    18. Illegal Drugs or Other Drugs Violation.          11

    19. Off-Campus Disturbance.          12

    20. Other University Policies.          12

    21. Public Health Emergencies.          12

      26. Violation of a University Policy or Law by a Guest.        12

      27. Violations of Law.        12

      28. Weapons.        12

  Violations and Outcome Framework        13

      General Outcome Framework        13

      Alcohol and Other Drug Outcomes        15

      Alcohol and Other Drugs Outcome Framework        15

  Procedures        18

      Filing a Report        18

      Initial Review        19

      Investigations        19

      Notice of the Conduct Process        19

      Disability Accommodations        20

      Resolution        20

      Student Conduct Advisors        20

      Informal Resolution        21

      Decisions for Informal Resolutions        21

      Formal Resolution        21

      Decisions for Formal resolution meetings        23

      Appeal Procedures        24

      Interim Action        24

  Organizational Misconduct        25

      Organization Responsibility        25

      Initial Review        26

      Investigation        26

      Notice        26

      Limited Operations        26

      Types of Limited Operations        27

      Formal Resolution        27

      Outcomes        27

      Appeals        27

  Changes to Policies and Procedures        28

  Other University Policies        28

      Administrative Withdrawal Policy        28

      Bias Protocol        31


No Contact Orders        32

Policy on Responsible and Ethical Use of Computing Resources        32

Sales and Solicitation        33

The Sex and Gender Discrimination and Harassment Policy and Title IX Sexual Harassment and Non-Title IX Sexual Misconduct Grievance Procedures        33

Silent Witness Reports/Reporting Policy        33

Student Conduct Record Disclosure Policy        33

Weapons Policy        33

WFU Alcohol and Other Drug Position Statement        34

General Jurisdiction        34

WFU Undergraduate Alcohol and Other Drug Policy        35

General Regulations        35

Individual and Organizational Regulations        35

Social-Hosting Regulations        37

Administration of the Policy        37

Definition of Terms        38

## ACADEMIC AND SOCIAL CONDUCT OF UNDERGRADUATE STUDENTS

### Introduction

All members of the Wake Forest community will strive to live in and to promote an environment which recognizes individuality, fosters collegiality, respects the rights and privileges of others, and demonstrates responsibility for individual and group actions. If undergraduate students fail to meet these expectations, the University, through a conduct process, will determine the nature and extent of concerns and impose appropriate outcomes.

According to the charter of the University, the Board of Trustees is ultimately responsible for the University and for its operation. Each student is responsible for their own conduct and for their role as a member of our Wake Forest community. The Board of Trustees has charged the faculty and the administration to set forth requirements for the orderly behavior of undergraduate students.

Students should be mindful of the University's expectations regarding their academic and social behaviors. The University will discourage

Conduct Process for Undergraduate Students

The University conduct system for undergraduate students is primarily comprised of the Honor Code, the Code of Conduct, and The Sex and Gender Discrimination and Harassment Policy and Title IX Sexual Harassment and Non-Title IX Sexual Misconduct Grievance Procedures. The Honor Code is administered by the Office of the Dean of the College and the Office of the Dean of Students, the Code of Conduct is administered by the Office of the Dean of Students, and The Sex and Gender Discrimination and Harassment Policy and Title IX Sexual Harassment and Non-Title IX Sexual Misconduct Grievance Procedures is administered by the Title IX Office.

Other University policies, including, but not limited to, the Policy on Ethical Use of Computing Resources and the Guide to Community Living, may set forth expectations regarding conduct of undergraduate students.  Concerns regarding possible violations of those policies may be referred to the Office of the Dean of the College, the Office of the Dean of Students, and/or the Title IX Office for processing under the Honor Code, Code of Conduct, and/or The Sex and Gender Discrimination and Harassment Policy and Title IX Sexual Harassment and Non-Title IX Sexual Misconduct Grievance Procedures. The information provided in this Handbook may be superseded by information regarding undergraduate student conduct and disciplinary matters reflected in online publications hosted by the appropriate office.

Honor Code

The Wake Forest Undergraduate Honor Code (the "Honor Code") is grounded in a fundamental commitment from each member of our community to honesty and integrity. Adherence to the Honor Code enables our community to live and to work together with a shared sense of trust and respect. Violations of the Honor Code are treated with the utmost seriousness because they undermine both personal integrity and community standards. Specific offenses under the Honor Code include cheating, plagiarism, stealing, and deception in both academic and non-academic settings.

Alleged academic violations of the Honor Code will be heard by and in accordance with procedures set by the Honors and Ethics Council.

Alleged non-academic violations of the Honor Code are Code of Conduct Violations and will be heard by and in accordance with procedures set by the Office of the Dean of Students.

Code of Conduct

In keeping with its historic concern for students, Wake Forest has a legitimate interest in student

Published using Google Docs                                          Learn More         Report Abuse

Interim Student Code of Conduct 2022-23                              Updated automatically every 5 minutes

standards of behavior to support the values of the University and uphold the best interests of students. If a student or organization has violated these standards of behavior, appropriate outcomes will be imposed. The resulting findings and outcomes may become part of the conduct record for individual students or organizations.

Student Conduct supports the mission of Wake Forest University through the use of learning-focused, procedurally sound accountability processes designed to facilitate the development of responsible global citizens and find the truth, while valuing the individuality of each person and their lived experiences.

Alleged violations of the Code of Conduct will be heard by and in accordance with procedures set by the Office of the Dean of Students.

The Sex and Gender Discrimination and Harassment Policy and Title IX Sexual Harassment and Non-Title IX Sexual Misconduct Grievance Procedures

Wake Forest University expects all members of its community to act in respectful and responsible ways toward each other. Wake Forest is committed to providing programs, activities, and an educational environment free from discrimination on the basis of sex, sexual orientation, gender identity, and gender expression.  For the University's full non-discrimination policy, see http://diversity.wfu.edu/about/policies.

The Sex and Gender Discrimination and Harassment Policy and Title IX Sexual Harassment and Non-Title IX Sexual Misconduct Grievance Procedures describes prohibited conduct, establishes procedures for responding to reports of sexual misconduct as defined in that policy, and outlines resources available to students.

Alleged violations of The Sex and Gender Discrimination and Harassment Policy and Title IX Sexual Harassment and Non-Title IX Sexual Misconduct Grievance Procedures, when committed by individual students, will be reviewed and decided in accordance with the procedures set forth in The Sex and Gender Discrimination and Harassment Policy and Title IX Sexual Harassment and Non-Title IX Sexual Misconduct Grievance Procedures. Alleged violations of The Sex and Gender Discrimination and Harassment Policy and Title IX Sexual Harassment and Non-Title IX Sexual Misconduct Grievance Procedures, when committed by Organizations, will be reviewed and decided in accordance with the procedures set forth in The Sex and Gender Discrimination and Harassment Policy and Title IX Sexual Harassment and Non-Title IX Sexual Misconduct Grievance Procedures.

https://docs.google.com/document/d/e/2PACX-1vRGZX_9M4sst1QzibuDzBQ7HwgjIqM6eh6OzXl6897Dbe2rcTAvGt2zok6Frb4syKa8SyZ3vKciR6-c/p…   6/46

Case 1:23-cv-00114-KDB-SCR    Document 32-2    Filed 03/17/23    Page 7 of 9

University community and/or the pursuit of the University's educational objectives. It applies without regard to whether the student's residence is owned or leased by Wake Forest University. The Student Handbook also applies to any undergraduate student on a study abroad or away program, whether operated by the University or another entity.

The University is concerned with the behavior of students beyond the physical boundaries of the campus, and undergraduate students and Organizations may be held accountable for behavior occurring off campus as explained above. The University does not seek or support special treatment for its students who may be apprehended for violation of civil or criminal law.

The Student Handbook shall also apply if the student withdraws from Wake Forest while a disciplinary matter is pending. The University does not lose jurisdiction over a pending matter due to a student's withdrawal, and the University retains the right to withhold transcripts if a student attempts to transfer while a conduct matter is pending. The University also has the right to withhold the degree of a student who has satisfactorily completed the academic requirements but has a conduct matter pending.

Frequently, students attend or participate in events sponsored by or hosted by Organizations at other colleges or universities. Sometimes WFU Organizations co-sponsor events with groups or organizations at other colleges or universities. Wake Forest undergraduate students and Organizations must adhere to Wake Forest University policies and rules on such occasions.

Where officials of another college or university notify Wake Forest of incidents giving rise to a possible violation of the Honor Code, Code of Conduct or The Sex and Gender Discrimination and Harassment Policy and Title IX Sexual Harassment and Non-Title IX Sexual Misconduct Grievance Procedures, the case will be processed through the appropriate Wake Forest conduct processes.

Violations Under More Than One Policy

If a report alleges behavior which may violate more than one University policy, the offices responsible for administering the applicable policies will work together to determine how and when the processes under each applicable policy will proceed.

Statement on Expression

Wake Forest University is committed to diversity, inclusion, and the spirit of *Pro Humanitate*, and it strives to provide an environment conducive to understanding, fostering, and nurturing the values of mutual respect, dignity, responsibility, and open communication. Free speech and peaceable assembly are basic requirements of a university as a

educational programming on risk prevention and education around alcohol and other drugs, relationship violence, identity bias, hazing or other topic as relevant to the violation, the development of risk management plans and protocols and/or policy or procedural review.

"**Restrictions**" Restriction or removal of some or all of the Organization's activities or privileges, including, but not limited to, social, recruitment, and lounge privileges.

**Recommendation for Charter Revocation**: An official request to a national office that the local chapter's charter be revoked.

**Revocation of University Recognition**: Permanent severance of the organization's relationship with the University.

**Suspension of University Recognition**: Removal of the organization's recognition by the University for a specific period of time. The period of time and any requirements, which must be satisfied prior to review for reinstatement, may be specified in the decision of the Conduct Officer or Meeting Panel.

**Deferred Suspension of University Recognition**: Removal of the organization's recognition by the University is deferred pending the completion of requirements specified in the decision of the Conduct Officer or Meeting Panel. An additional finding of responsibility during the suspension period will result in suspension or revocation of University Recognition.

**Restrictions**: Restriction or removal of some or all of the organization's activities or privileges, including, but not limited to, social, recruitment, and lounge privileges.

Appeals

Groups may request an appeal to the Student Life Committee within 10 calendar days from the date of the notification of the decision. Appeals are directed to the chair of the Student Life Committee.

**Changes to Policies and Procedures**

Wake Forest University reserves the right to change policies and procedures at any time and without prior notice. Additionally, errors and omissions in published documents (written or electronic) may be corrected at any time. Students will be notified via email of changes to policies or procedures that occur during the academic year. Changes will be reflected in the body of the Handbook as it appears online. This handbook was last updated on 09.13.2021.

**Other University Policies**