IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| JOHN DOE, | : |
| Plaintiff, | : |
| v. | : Civil Case No. 1:23-cv-114 |
| WAKE FOREST UNIVERSITY, | : |
| Defendant. | : |

**JOINT MOTION FOR ENTRY OF STIPULATED SCHEDULING ORDER**

Pursuant to this Court's Pretrial Order and Case Management Plan and Local Rule 16.1, the parties have conferred regarding a discovery plan and agreed to a proposed schedule for litigating this matter. All parties consent to the filing of this Motion and join in respectfully requesting that the Court enter the Stipulated Scheduling Order attached hereto as Exhibit A.

[SIGNATURES NEXT PAGE]

Dated: March 22, 2023

Respectfully Submitted,

*/s/ Tara Jill Davis*
Andrew Miltenberg
Stuart Bernstein
Tara Jill Davis
NESENOFF & MILTENBERG, LLP
363 Seventh Avenue, 5th Floor
New York, NY 10001
212-736-4500
amiltenberg@nmllplaw.com
sbernstein@nmllplaw.com
tdavis@nmllplaw.com

and

Robert C. Ekstrand
EKSTRAND & EKSTRAND, LLP
110 Swift Avenue, Second Floor
Durham, NC 27705
919-416-4590
rce@ninthstreetlaw.com

*Counsel for Plaintiff John Doe*

*/s/ Joshua W.B. Richards*
Joshua W.B. Richards (Special Appearance)
Douglas A. Sampson (Special Appearance)
SAUL EWING LLP
1500 Market St., 38th Floor
Philadelphia, PA 19102
215-972-7737
joshua.richards@saul.com
douglas.sampson@saul.com

and

William K. Davis (NCSB No. 01117)
Alan M. Ruley (NCSB No. 16407)
Mark A. Jones (NCSB No. 36215)
BELL, DAVIS & PITT, P.A.
P.O. Box 21029
Winston-Salem, NC 27120
336-722-3700
wdavis@belldavispitt.com
aruley@belldavispitt.com
mjones@belldavispitt.com

*Counsel for Defendant Wake Forest University*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was served today via the Court's ECF filing system upon all parties of record.

                                                                   */s/ Douglas A. Sampson*