# Exhibit A

# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| JOHN DOE, | : |
| Plaintiff, | : Case No. 1:23-cv-00114 |
| v. | : |
| WAKE FOREST UNIVERSITY, | : |
| Defendant. | : |

## STIPULATED SCHEDULING ORDER

**AND NOW**, this _____ day of _____, 2023, it appearing that all parties to this action have so stipulated, it is **ORDERED** that the following deadlines shall apply to this case:

1. Parties may serve discovery requests beginning **March 22, 2023.**

2. Parties shall exchange Rule 26 Initial Disclosures on or before **April 7, 2023**. These shall not be filed with the Court.

3. The deadline for amendment of pleadings and joinder of parties is **April 14, 2023**.

4. Parties will agree to a mediator for a settlement conference by **May 31, 2023**

5. Fact discovery shall be completed by **June 30, 2023**.

6. Plaintiff shall designate its expert(s) by **June 30, 2023**.

7. Plaintiff shall serve it expert report(s) on or before **July 14, 2023**.

8. Defendant shall serve its rebuttal expert report(s) on or before **August 4, 2023**.

9. Expert depositions shall be completed by **August 18, 2023**.

10. The parties will participate in a settlement conference by **August 25, 2023**.

11. Dispositive motions, if any, must be filed on or before **September 15, 2023**.

12. Pre-Trial briefs that provide the information required by Federal Rule of Civil Procedure 26(a)(3) shall be filed on or before **November 20, 2023**.

13. Trial in this matter will begin on **December 11, 2023**. The parties anticipate trial will take no more than five (5) days.

14. The Court will schedule a pre-trial conference to be held at least five (5) days prior to trial.

| | |
|---|---|
| */s/ Tara Jill Davis* | */s/ Joshua W.B. Richards* |
| Andrew Miltenberg | Joshua W.B. Richards (Special Appearance) |
| Stuart Bernstein | Douglas A. Sampson (Special Appearance) |
| Tara Jill Davis | SAUL EWING LLP |
| NESENOFF & MILTENBERG, LLP | 1500 Market St., 38th Floor |
| 363 Seventh Avenue, 5th Floor | Philadelphia, PA 19102 |
| New York, NY 10001 | 215-972-7737 |
| 212-736-4500 | joshua.richards@saul.com |
| amiltenberg@nmllplaw.com | douglas.sampson@saul.com |
| sbernstein@nmllplaw.com | |
| tdavis@nmllplaw.com | and |
| | |
| and | William K. Davis (NCSB No. 01117) |
| | Alan M. Ruley (NCSB No. 16407) |
| Robert C. Ekstrand | Mark A. Jones (NCSB No. 36215) |
| EKSTRAND & EKSTRAND, LLP | BELL, DAVIS & PITT, P.A. |
| 110 Swift Avenue, Second Floor | P.O. Box 21029 |
| Durham, NC 27705 | Winston-Salem, NC 27120 |
| 919-416-4590 | 336-722-3700 |
| rce@ninthstreetlaw.com | wdavis@belldavispitt.com |
| | aruley@belldavispitt.com |
| *Counsel for Plaintiff John Doe* | mjones@belldavispitt.com |
| | |
| | *Counsel for Defendant Wake Forest University* |

**BY THE COURT:**

_____
The Honorable Kenneth D. Bell
U.S. District Court Judge