IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| JOHN DOE, | : |
| Plaintiff, | : |
| v. | : Civil Case No. 1:23-cv-114 |
| WAKE FOREST UNIVERSITY, | : |
| Defendant. | : |

**UNOPPOSED MOTION FOR EXTENSION OF TIME
FOR WAKE FOREST UNIVERSITY TO FILE REPLY BRIEF**

Defendant Wake Forest University (the "University"), by and through its undersigned attorneys, moves pursuant to Fed. R. Civ. P. 6(b) and Local Rule 6.1(a) to extend the time for it to file a response to Plaintiff John Doe's ("Plaintiff") opposition to the University's Motion to Dismiss the Complaint ("Motion") [ECF No. 31] and for cause states:

1. The University filed its Motion on December 14, 2017.

2. Per this Court's Order, Plaintiff's response to the Motion is due on or before March 31, 2023. [ECF No. 33].

3. The deadline for the University to reply to any response by Plaintiff is due on or before April 7, 2023. [ECF No. 30].

4. Due to pre-existing conflicts, counsel for the University requests a brief extension of three (3) business days to file the University's reply, changing the deadline to April 12, 2023.

5. All other deadlines set forth in the Court's Pretrial Order and Case Management Plan ("Scheduling Order") [ECF No. 35] would remain unchanged.

6. Pursuant to Local Rule 6.1(a) and this Courts Scheduling Order, counsel for the University has conferred with Plaintiff's counsel. Plaintiff does not oppose this request for an extension of time.

7. This Motion is filed in good faith and not for purposes of delay. No prejudice to either party will result from the requested extension of time.

WHEREFORE, for good cause shown, the University respectfully requests that this Court enter an Order extending the deadline for the University to file a reply to Plaintiff's Opposition to the University's Motion from April 7, 2023 until April 12, 2023.

Respectfully Submitted,

Dated: April 7, 2023

*/s/ Joshua W.B. Richards*
Joshua W.B. Richards (Special Appearance)
Douglas A. Sampson (Special Appearance)
SAUL EWING LLP
1500 Market St., 38th Floor
Philadelphia, PA 19102
215-972-7737
joshua.richards@saul.com
douglas.sampson@saul.com

and

William K. Davis (NCSB No. 01117)
Alan M. Ruley (NCSB No. 16407)
Mark A. Jones (NCSB No. 36215)
BELL, DAVIS & PITT, P.A.
P.O. Box 21029
Winston-Salem, NC 27120
336-722-3700
wdavis@belldavispitt.com
aruley@belldavispitt.com
mjones@belldavispitt.com

*Counsel for Defendant Wake Forest University*

## CERTIFICATE OF SERVICE

    I hereby certify that on March 31, 2023, a true and correct copy of the foregoing Wake Forest University's Unopposed Motion for an Extension of Time to File a Reply in further support of its Motion to Dismiss the Complaint was served on all counsel of record via the Court's ECF filing system.

                                                     */s/ Douglas A. Sampson*