IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| JOHN DOE, | : |
| Plaintiff, | : |
| v. | : Civil Case No. 1:23-cv-114 |
| WAKE FOREST UNIVERSITY, | : |
| Defendant. | : |

## ORDER

**AND NOW**, this _____ day of _____, 2023, after consideration of Defendant Wake Forest University's Unopposed Motion for an Extension of Time to File a Reply in further support of its Motion to Dismiss the Complaint [ECF No. 31], it is **ORDERED** that the Motion is **GRANTED**. The University shall file a reply brief in further support of its Motion to Dismiss on or before April 12, 2023.

BY THE COURT:

_____
Hon. Kenneth D. Bell
United States District Judge