IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

John Doe v. Wake Forest University; 1:23cv114

<u>In the Matter of the Designation of a Magistrate Judge for
Service in Another District</u>

Pursuant to 28 U.S.C. 636(f), in an emergency and in concurrence of the chief judges of the districts involved, a United States magistrate judge may be temporarily assigned to perform any of the duties specified in subsections (a), (b), or (c) of this section in a judicial district other than the judicial district for which he or she has been appointed. No magistrate judge shall perform any of such duties in a district to which he or she has been temporarily assigned until an order has been issued by the chief judge of such district specifying the emergency by reason of which the magistrate judge is being transferred, the duration of his or her assignment, and the duties which he or she is authorized to perform.

Due to exigencies, the Fourth Circuit Court of Appeals has assigned the above captioned civil case in the Middle District of North Carolina to the Honorable Kenneth D. Bell, United States District Judge for the Western District of North Carolina. This assignment has created an emergency situation in the Western District of North Carolina due to the unavailability of a Middle District of North Carolina magistrate judge to assist Judge Bell with his work on this case. For this reason, the court previously certified the need for assistance from a visiting United States

magistrate judge from the Western District of North Carolina, and designated the Honorable David S. Cayer. Due to the Honorable David S. Cayer's retirement, the Honorable Susan C. Rodriguez shall be designated during the pendency of this case in the court.

THEREFORE, IT IS ORDERED, with concurrence of the Honorable Martin Reidinger, Chief Judge of the Western District of North Carolina, that United States Magistrate Judge Susan C. Rodriguez, is hereby designated to hold court and perform any and all judicial duties designated under 28 U.S.C. 636(f), subsections (a), (b), or (c) in the Middle District of North Carolina on an as needed basis during the pendency of the above captioned case.

_____
Chief, United States District Judge
Middle District of North Carolina

April 5, 2023