# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| JOHN DOE, | : |
| Plaintiff, | : |
| v. | : Civil Case No. 1:23-cv-114 |
| WAKE FOREST UNIVERSITY, | : |
| Defendant. | : |

## NOTICE OF MEDIATOR DESIGNATION

Pursuant to this Court's Pretrial Order and Case Management Plan [ECF No. 35], the parties have conferred and designate Robert A. Beason to serve as the mediator in this action. Mr. Beason's contact information is as follows:

> Beason & Trehy Conflict Resolution, LLC
> 2741 University Drive
> Post Office Box 52270
> Durham, NC 27717
> Tel: (919) 419-9979

Dated: April 28, 2023

Respectfully Submitted,

| | |
|---|---|
| /s/ *Tara J. Davis* | /s/ *Joshua Richards* |
| Andrew Miltenberg (Special Appearance) | Joshua W.B. Richards (Special Appearance) |
| Stuart Bernstein (Special Appearance) | Douglas A. Sampson (Special Appearance) |
| Tara Jill Davis (Special Appearance) | SAUL EWING LLP |
| NESENOFF & MILTENBERG, LLP | 1500 Market St., 38th Floor |
| 363 Seventh Avenue, 5th Floor | Philadelphia, PA 19102 |
| New York, NY 10001 | 215-972-7737 |
| 212-736-4500 | joshua.richards@saul.com |
| amiltenberg@nmllplaw.com | douglas.sampson@saul.com |
| sbernstein@nmllplaw.com | |
| tdavis@nmllplaw.com | |
| | and |
| and | |

| | |
|---|---|
| Robert C. Ekstrand<br>EKSTRAND & EKSTRAND, LLP<br>110 Swift Avenue, Second Floor<br>Durham, NC 27705<br>919-416-4590<br>rce@ninthstreetlaw.com<br><br>*Counsel for Plaintiff John Doe* | William K. Davis (NCSB No. 01117)<br>Alan M. Ruley (NCSB No. 16407)<br>Mark A. Jones (NCSB No. 36215)<br>BELL, DAVIS & PITT, P.A.<br>P.O. Box 21029<br>Winston-Salem, NC 27120<br>336-722-3700<br>wdavis@belldavispitt.com<br>aruley@belldavispitt.com<br>mjones@belldavispitt.com<br><br>*Counsel for Defendant Wake Forest University* |