IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| JOHN DOE, | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) Case No: 1:23-CV-114 |
| WAKE FOREST UNIVERSITY | ) |
| | ) |
| Defendant, | ) |
| | ) |

## NOTICE OF LIMITED APPEARANCE OF J. CHAD BOMAR

J. Chad Bomar, The Bomar Law Firm, PLLC, respectfully notifies the Court, and all counsel, that he is entering this limited notice of appearance as counsel of record for John E. Fitzgerald. Mr. Fitzgerald is a non-party who has been served a subpoena purportedly requiring production of protected materials contained within the file he maintained as legal counsel to John Doe. The undersigned makes a limited appearance in order to file a motion to quash, motion for protective order, motion for extension of time to object to said subpoena and memorandum in support of same.

The undersigned counsel certifies that he is admitted to practice before this Court.

1

Respectfully submitted this the 24th day of May, 2023.

>By: /s/ J. Chad Bomar
>J. Chad Bomar (N.C. Bar No. 26484)
>THE BOMAR LAW FIRM, PLLC
>148 W. Water St.
>Mocksville, NC 27028
>Telephone: (336) 793-4371
>Facsimile: (336) 793-4377
>Email: cbomar@bomarfirm.com
>*Counsel for John Fitzgerald*

2

# CERTIFICATE OF SERVICE

I hereby certify that on the 24th day of May 2023, I electronically filed **NOTICE OF LIMITED APPEARANCE OF J. CHAD BOMAR** with the Clerk using the CM/ECF system, which constitutes service upon the following:

Joshua W.B. Richards
Douglas A. Sampson
Saul Ewing LLP
Center Sq. West, 1500 Market St.
38th Floor
Philadelphia, PA 19102
215-972-7737
joshua.richards@saul.com
douglas.sampson@saul.com
*Counsel for Defendant Wake Forest University*

William K. Davis
Alan Ruley
Bell Davis & Pitt, P.A.
P.O. Box 21029
Winston-Salem, NC 27120
336-722-3700
wdavis@belldavispitt.com
aruley@belldavispitt.com
*Counsel for Defendant Wake Forest University*

Andrew Miltenberg
Stuart Bernstein
Tara Jill Davis
Nesenoff&Miltonberg LLP
363 Seventh Ave, 5th Floor
New York, NY 10001
amiltenberg@nmllplaw.com
sbernstein@nmllplaw.com
tdavis@nmllplaw.com
*Counsel for Plaintiff John Doe*


Robert C. Ekstrand
Ekstrand & Ekstrand, LLP
110 Swift Avenue, Second Floor

Durham, NC 27705
919-416-4590
rce@ninthstreetlaw.com
*Counsel for Plaintiff John Doe*

        By:    /s/ J. Chad Bomar
                J. Chad Bomar (N.C. Bar No. 26484)
                THE BOMAR LAW FIRM, PLLC
                148 W. Water St.
                Mocksville, NC 27028
                Telephone: (336) 793-4371
                Facsimile: (336) 793-4377
                Email: cbomar@bomarfirm.com
                *Counsel for John Fitzgerald*