IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

JOHN DOE )
    Plaintiff, )
   )
v. )
   ) Case No: 1:23-CV-114
WAKE FOREST UNIVERSITY )
   )
    Defendant, )
   )

## JOHN FITZGERALD'S MOTION TO QUASH, MOTION FOR PROTECTIVE ORDER, AND MOTION FOR EXTENSION OF TIME TO MAKE OBJECTION TO SUBPOENA

**NOW COMES**, non-party, John Fitzgerald attorney at law ("Fitzgerald"), by and through the undersigned counsel, pursuant to the Federal Rules of Civil Procedure, and makes the following motions:

1. Pursuant to Fed. R. Civ. P. 45, Fitzgerald moves to quash and or modify a subpoena that he received from counsel for Wake Forest University, which subjects him to undue burden, fails to allow reasonable time to comply, and purportedly requires production of confidential, privileged and other protected file materials on or before May 29, 2023.

1

2. Fitzgerald further moves, pursuant to Fed. R. Civ. P. 26, for a protective order with respect to the subpoena, which causes Fitzgerald undue burden, expense, and oppression, and which purportedly requires production of confidential, privileged and other protected file materials on or before May 29, 2023. In connection with this motion, Fitzgerald moves the Court for entry of a temporary stay of the subpoena's purported deadline, pending resolution of this motion. The undersigned further states that he and counsel for the University discussed possible resolution of this matter without court action, but were unsuccessful.

3. Fitzgerald further moves, pursuant to Fed. R. Civ. P. 6 and Fed. R. Civ. P. 45, for an extension of time to object to the subpoena.

The legal authority and arguments supporting these motions are set forth in the memorandum of law filed concurrently with this motion. The memorandum contains exhibit(s), including the subpoena at issue. The memorandum and attached exhibit(s) are incorporated into these motions by reference.

**WHEREFORE**, Fitzgerald, by and through his attorney, prays the Court enter an order granting the following relief:

1. Quash the subpoena directed to Fitzgerald, pursuant to Fed. R. Civ. P. 45, and order that Fitzgerald be relieved of any obligation to further respond to same.
2. Alternatively, modify the subpoena, pursuant to Fed. R. Civ. P. 45, and grant Fitzgerald additional time (through June 30, 2023) to prepare a privilege log and otherwise respond, if the subpoena is not quashed in its entirety.

3. Issue a protective order, pursuant to Fed. R. Civ. P. 26, relieving Fitzgerald of any obligation to further respond to the subpoena.

4. Alternatively, enter a protective order granting Fitzgerald additional time (through June 30, 2023) to prepare a privilege log and otherwise respond, if this Court determines that further response is required.

5. Grant Fitzgerald an extension of time, pursuant to Fed. R. Civ. P. 6, in which to make a Fed. R. Civ. P. 45 objection to the subpoena.

6. Grant such other and further relief as the Court deems just and proper.

This the 24th day of May, 2023.

By: /s/ J. Chad Bomar
J. Chad Bomar (N.C. Bar No. 26484)
THE BOMAR LAW FIRM, PLLC
148 W. Water St.
Mocksville, NC 27028
Telephone: (336) 793-4371
Facsimile: (336) 793-4377
Email: cbomar@bomarfirm.com
*Counsel for John Fitzgerald*

# CERTIFICATE OF SERVICE

I hereby certify that on the 24th day of May 2023, I electronically filed **JOHN FITZGERALD'S MOTION TO QUASH, MOTION FOR PROTECTIVE ORDER, AND MOTION FOR EXTENSION OF TIME TO MAKE OBJECTION TO SUBPOENA** with the Clerk using the CM/ECF system, which constitutes service upon the following:

Joshua W.B. Richards
Douglas A. Sampson
Saul Ewing LLP
Center Sq. West, 1500 Market St.
38th Floor
Philadelphia, PA 19102
215-972-7737
joshua.richards@saul.com
douglas.sampson@saul.com
*Counsel for Defendant Wake Forest University*

William K. Davis
Alan Ruley
Bell Davis & Pitt, P.A.
P.O. Box 21029
Winston-Salem, NC 27120
336-722-3700
wdavis@belldavispitt.com
aruley@belldavispitt.com
*Counsel for Defendant Wake Forest University*

Andrew Miltenberg
Stuart Bernstein
Tara Jill Davis
Nesenoff&Miltonberg LLP
363 Seventh Ave, 5th Floor
New York, NY 10001
amiltenberg@nmllplaw.com
sbernstein@nmllplaw.com
tdavis@nmllplaw.com
*Counsel for Plaintiff John Doe*

Robert C. Ekstrand
Ekstrand & Ekstrand, LLP
110 Swift Avenue, Second Floor
Durham, NC 27705
919-416-4590
rce@ninthstreetlaw.com
*Counsel for Plaintiff John Doe*

                By:    <u>/s/ J. Chad Bomar</u>
                      J. Chad Bomar (N.C. Bar No. 26484)
                      THE BOMAR LAW FIRM, PLLC
                      148 W. Water St.
                      Mocksville, NC 27028
                      Telephone: (336) 793-4371
                      Facsimile: (336) 793-4377
                      Email: cbomar@bomarfirm.com
                      *Counsel for John Fitzgerald*