# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

JOHN DOE,

      Plaintiff,

v.

WAKE FOREST UNIVERSITY

      Defendant,

)
)
)
)
)
) Case No: 1:23-CV-114
)
)
)
)

---

## AFFIDVAIT OF JOHN E. FITZGERALD

---

The undersigned, being duly sworn, deposes and states that he has personal knowledge of the following:

1.    I am John E. Fitzgerald, attorney at law. I am of sound mind and over the age of 18 and under no constraint or undue influence, and I have personal knowledge of the facts and statements contained herein.

2.    I am currently practicing law in Forsyth County, N.C.

3.    I reside in Guilford County, N.C., and I have lived there for more than 7 years.

4.    My law practice involves handling of minor criminal and traffic matters in North Carolina State Court.

1

5.  I have previously provided legal service to Plaintiff John Doe.

6.  My representation of John Doe began on, or about, April 21, 2022. I represented John Doe in his Title IX proceedings.

7.  As a result of that representation, I possess materials that contain confidential information that I acquired during my professional relationship with John Doe.

8.  Counsel for the Defendant, Wake Forest University, emailed me on Friday, April 28, 2023, asking that I accept service of a subpoena in this case, hours before I was to leave on a one-week vacation.

9.  At that time, I did not realize the breadth of material that would be included in the subpoena, nor the small window of time to respond that would be created by accepting service before my vacation. However, I agreed to allow him to send the subpoena via email. He did so that day.

10. Following vacation, and upon returning to the office on May 12, 2023, I quickly began efforts to collect the materials subpoenaed.

11. Currently, my office is undergoing significant staff turnover, in that my associate attorney is terminating his employment on June 16, 2023.

12. I am also changing my practice management software, and accounting software, on June 1, 2023. My practice will effectively be shut down during the transition.

13. Although I acted diligently in my handling of this subpoena, it was not until May 23, 2023, that I felt confident that I assemble all documents referenced in the subpoena.

2

14.     Currently, I have identified same. The materials are being bates stamped and they will exceed 1,000 pages.

15.     I have not been released from my obligations under Rule 1.6.

16.     My file contains confidential materials, privileged materials, work product materials, and trial (hearing) preparation materials that I do not feel comfortable further describing due to the constraints of Rule 1.6, unless this Court orders production of a privilege log or the client consents to same.

17.     Additionally, if I were not bound by the confines of Rule 1.6, it would be a great burden under these circumstances to evaluate the subpoenaed materials and make decisions regarding privilege, work product, and necessary redactions, on or before May 29, 2023. Under the circumstances, I would request additional time to prepare a privilege log and take further action, if this Court indicates that Rule 1.6 would not prohibit same.

_____
John E. Fitzgerald

NORTH CAROLINA          )
FORSYTH COUNTY          )

SWORN TO AND SUBSCRIBED before me this the

__24th__ day of May, 2023, .

by _____.

_____
Official Signature of Notary

Jessica Albrecht_____, Notary Public
[Print name]
My Commission Expires:__8/7/2024_____.

3