**Sampson, Douglas A.**

| | |
|---|---|
| **From:** | John Fitzgerald <jfitznc@triad.rr.com> |
| **Sent:** | Friday, April 28, 2023 2:16 PM |
| **To:** | Sampson, Douglas A. |
| **Cc:** | Richards, Joshua W. B. |
| **Subject:** | RE: Doe v. Wake Forest University, Case No. 1:23-cv-114 Subpoena for Documents |

**\*\*EXTERNAL EMAIL\*\* - This message originates from outside our Firm. Please consider carefully before responding or clicking links/attachments.**

Good afternoon, Mr. Sampson,

I accept service of your subpoena by email.

I am leaving for a one week vacation early tomorrow morning and will return on Monday, May 8th. I may need a few days to catch up with my office work when I return but plan to begin complying with your request sometime during the week of May 8th.

Thank you and have a good weekend.


John E. Fitzgerald
Attorney at Law
114 S. Spruce St.
Winston Salem, NC  27101
(336) 777-1090
www.FitzLawNC.com

---

**From:** Sampson, Douglas A. <Douglas.Sampson@saul.com>
**Sent:** Friday, April 28, 2023 12:37 PM
**To:** jfitznc@triad.rr.com
**Cc:** Richards, Joshua W. B. <Joshua.Richards@saul.com>
**Subject:** Doe v. Wake Forest University, Case No. 1:23-cv-114 Subpoena for Documents

Good afternoon Mr. Fitzgerald,

This firm represents Wake Forest University in the above-captioned civil matter.  Attached is a subpoena for documents, directed to you, related to your participation as John Doe's advisor in a Title IX hearing held at Wake Forest University on November 29, 2022, and the investigation and appeal related to that Title IX matter.  Please let us know if you will accept service of this subpoena by way of this email.  We can have you personally served if you would prefer.  There is a Confidentiality Order in place in this matter, and the parties have agreed to proceed using pseudonyms.  Please call me if you are unsure of the identity of John Doe discussed in this subpoena.

If you have any questions or concerns, please let me know.  Have a good weekend.

Doug Sampson



**Douglas A. Sampson**
Associate
📞 (410) 332-8661
✉ Douglas.Sampson@saul.com

**Read my bio >>**

SAUL EWING | 1001 Fleet Street
9th Floor
Baltimore, MD 21202-4359

"Saul Ewing LLP (saul.com)" has made the following annotations:
+~~~~~~~~~~~~~~~~~~~~~~~~+
This e-mail may contain privileged, confidential, copyrighted, or other legally protected information. If you are not the intended recipient (even if the e-mail address is yours), you may not use, copy, or retransmit it. If you have received this by mistake please notify us by return e-mail, then delete.
+~~~~~~~~~~~~~~~~~~~~~~~~+

# Sampson, Douglas A.

| | |
|---|---|
| **From:** | Sampson, Douglas A. |
| **Sent:** | Friday, April 28, 2023 12:37 PM |
| **To:** | 'jfitznc@triad.rr.com' |
| **Cc:** | Richards, Joshua W. B. |
| **Subject:** | Doe v. Wake Forest University, Case No. 1:23-cv-114 Subpoena for Documents |
| **Attachments:** | 41520930-v1-2023.04.28 Subpoena for Documents to John Fitzgerald.pdf |

Good afternoon Mr. Fitzgerald,

This firm represents Wake Forest University in the above-captioned civil matter. Attached is a subpoena for documents, directed to you, related to your participation as John Doe's advisor in a Title IX hearing held at Wake Forest University on November 29, 2022, and the investigation and appeal related to that Title IX matter. Please let us know if you will accept service of this subpoena by way of this email. We can have you personally served if you would prefer. There is a Confidentiality Order in place in this matter, and the parties have agreed to proceed using pseudonyms. Please call me if you are unsure of the identity of John Doe discussed in this subpoena.

If you have any questions or concerns, please let me know. Have a good weekend.

Doug Sampson



**Douglas A. Sampson**
Associate
📞 (410) 332-8661
✉ Douglas.Sampson@saul.com

**Read my bio >>**

SAUL EWING
1001 Fleet Street
9th Floor
Baltimore, MD 21202-4359

1

Case 1:23-cv-00114-KDB-SCR   Document 49-2   Filed 05/31/23   Page 3 of 3