## CERTIFICATE OF SERVICE

I hereby certify that on this 31st day of May, 2023, a copy of the foregoing Opposition to Non-Party John E. Fitzgerald's Motion to Quash Subpoena was served on all counsel of record via the court's ECF system

                                               */s/ Douglas A. Sampson*
                                      Douglas A. Sampson (Special Appearance)

41654039.4

Case 1:23-cv-00114-KDB-SCR   Document 49-3   Filed 05/31/23   Page 1 of 1