# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| JOHN DOE, | : |
| Plaintiff, | : Case No. 1:23-cv-00114 |
| v. | : |
| WAKE FOREST UNIVERSITY, | : |
| Defendant. | : |

**ORDER**

**AND NOW**, this _____ day of _____, 2023, after consideration of Defendant Wake Forest University's Motion to Compel Discovery, and all responses thereto, it is **ORDERED**:

1. that the Motion is **GRANTED**;

2. Plaintiff shall reproduce the document identified by bates-numbers P0002051-P0002069 without redactions within twenty-four (24) hours of this Order; and

3. Plaintiff shall make himself available for a continuing deposition within fourteen (14) days;

4. the University shall be entitled to its reasonable fees in filing this Motion pursuant to FED. R. CIV. P. 37(a)(5).

**BY THE COURT:**

_____
Hon. Kenneth D. Bell
United States District Judge