IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| JOHN DOE, | : |
| Plaintiff, | : Case No. 1:23-cv-00114 |
| v. | : |
| WAKE FOREST UNIVERSITY, | : |
| Defendant. | : |

## CERTIFICATE OF SERVICE

I hereby certify that on this 19th day of June, 2023, a copy of the foregoing Motion to Compel Discovery, memorandum of law in support thereof, and a proposed Order were served on all parties via the court's ECF system

                                          */s/ Douglas A. Sampson*
                                          Douglas A. Sampson (Special Appearance)

41743748.1

Case 1:23-cv-00114-KDB-SCR   Document 51-2   Filed 06/19/23   Page 1 of 1