IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

JOHN DOE,

    Plaintiff,

v.

WAKE FOREST UNIVERSITY,

    Defendant.

Civil Case No. 1:23-cv-114

**PLAINTIFF'S RESPONSES TO DEFENDANT'S FIRST REQUEST
FOR PRODUCTION OF DOCUMENTS DIRECTED TO PLAINTIFF JOHN DOE**

Pursuant to Rule 34 of the Federal Rules of Civil Procedure, Plaintiff John Doe ("Plaintiff" or "Doe"), by and through his attorneys Nesenoff & Miltenberg, LLP, and Ekstrand & Ekstrand, LLP, hereby responds and objects to Defendant Wake Forest University's ("Defendant" or "WFU") First Set of Requests for Production of Documents (the "Requests").

**GENERAL OBJECTIONS**

1. Plaintiff objects to the Requests to the extent they seek documents that are protected by the attorney-client privilege, the work product doctrine and/or are otherwise entitled to any other applicable privilege or protection recognized by law.

2. Plaintiff objects to the Requests to the extent they seek the production of documents outside of his possession, custody, and control.

3. Plaintiff objects to the Requests to the extent they seek the production of documents within Defendant's possession, custody, and control.

4. Plaintiff objects to the Requests to the extent they seek the production of documents containing, referring to, or constituting personal, confidential, or proprietary information.

1

**EXHIBIT A**

7. All documents and communications concerning your interactions with Roe between September 1, 2021 and the present, including emails, text messages, letters, online correspondence, social media and the like.

**RESPONSE**: Plaintiff objects to this Request on the following grounds: (1) it is overbroad, vague, and ambiguous as to the phrase "all documents and communications concerning your interactions with Roe"; and (2) it seeks documents protected by the attorney-client privilege, attorney work product privilege, and other relevant and applicable privileges and confidentiality.

Notwithstanding and without waiving the foregoing objections, Plaintiff is not currently in possession of any documents responsive to this Request.

8. All communications you had with any person involved in the adjudication of disciplinary matters at the University, including but not limited to the persons you refer to in the Complaint as W.L., P.K., I.L., B.M., S.M., P.Y., and S.W. since September 1, 2021.

**RESPONSE**: Plaintiff objects to this Request on the following grounds: (1) it is overbroad and unduly burdensome; (2) it seeks information that is irrelevant to any party's claim or defense and is not proportional to the needs of the case, considering the importance of the issues at stake in the action and the importance of the discovery in resolving the issues; and (3) it seeks information in the possession of, known to, or otherwise equally available to Defendant.

Notwithstanding and without waiving the foregoing objections, Plaintiff is conducting a reasonably diligent search and will produce responsive documents.

9. All communications you had with any member of the University's Title IX Office, including Jessica Telligman, Aishah Casseus, and Olivia Bray, as well as any documents referencing or relating to such communications.

22. A complete copy of plaintiff's social media data for all social media accounts to which plaintiff has access or from which he has posted since September 1, 2021 (e.g. Facebook, Twitter, Snapchat, Instagram, and the like), in electronic archive format.

**RESPONSE**: Plaintiff objects to this Request on the following grounds: (1) it is overbroad as to time and scope; (2) is unduly burdensome; and (3) it seeks information that is irrelevant to any party's claim or defense and is not proportional to the needs of the case, considering the importance of the issues at stake in the action and the importance of the discovery in resolving the issues.

Notwithstanding and without waiving the foregoing objections, Plaintiff is conducting a reasonably diligent search and will produce responsive, non-privileged documents.

**Dated:** New York, New York
April 24, 2023

        **NESENOFF & MILTENBERG, LLP**
        *Attorneys for Plaintiff*

        **By: /s/ *Andrew T. Miltenberg***
        Andrew T. Miltenberg, Esq.
        Stuart Bernstein, Esq.
        Tara Davis, Esq.
        363 Seventh Avenue, Fifth Floor
        New York, New York 10001
        (212) 736-4500
        amiltenberg@nmllplaw.com
        sbernstein@nmllplaw.com
        tdavis@nmllplaw.com

        **EKSTRAND AND EKSTRAND, LLP**

        **By: /s/ *Robert Ekstrand***
        Robert Ekstrand, Esq. (26673)
        110 Swift Avenue, 2nd Floor
        Durham, North Carolina 27705
        (919) 416-4590
        rce@ninthstreetlaw.com