# [JOHN DOE] Interview 09/08/22

Thu, 9/8 9:31AM • 01:01:21

**Jessica Telligman** 00:01
And I'll make sure, like I said, you can kind of see how the words get captured on the page. All right, [John], thank you for coming in.

**[John Doe]** 00:14
Yup.

**Jessica Telligman** 00:15
We're going to start at the beginning. And so I understand that [Jane] has made allegations against you based on a night that you all started out, it sounded like intending to go to a date function?

**[John Doe]** 00:33
Correct.

**Jessica Telligman** 00:34
Can you just walk me through how you knew her, how you became invited to that function? What what do you know about that?

**[John Doe]** 00:42
Sure. So um, I was introduced to [Jane] in the spring of 2021. It was April 2021. We were sophomores at the time. [Jane] was friends with a girl by the name of [Student 1], who dates [Student 2] who's in my fraternity. One night after I think some of my friends and I had either gone to a party or some of the bars downtown, we were back in our dorm rooms. And [Student 2] texted me and basically set me up with [Jane}. I gave, I told [Student 2] to give [Jane] my Snapchat. And then we got in contact that way. So that night, I met up with [Jane], we talked outside Kitchin Courtyard, had a conversation, you know, just started talking. And then that first night we met, we ended up going back to my dorm room. We did not have sex but we made out. She spent the night in my dorm room. And then there were about six to eight additional hookups that semester. And I want to clarify that we never did have sex. It was always making out. Sometimes I would finger her as well. And most of these occasions she would sleep over and spend the night till the morning.

**[John Doe]** 02:25
In all the times in the spring while we were together we usually spent the night in my dorm room. However, after spring semester, our relationship kind of fizzled out. For me it was not something where I was looking to date [Jane]. So in the summer, we did not speak at all.

**[John Doe]** 02:25

**EXHIBIT B**

CONFIDENTIAL Case 1:23-cv-00114-KDB-SCR   Document 52-2   Filed 06/19/23   Page 1 of 2 Wake_0015674

And it was possibly after a party that she Snapchatted you and said something like do you want to come over?

**[John Doe]** 07:21
Yeah.

**Jessica Telligman** 07:22
And that would have been to Polo?

**[John Doe]** 07:24
Yeah.

**Jessica Telligman** 07:27
Got it. And so when she invited you to the date function, did you immediately say yes? Were you excited to go? Can you talk about that?

**[John Doe]** 07:39
Sure. So at the time, at the time when she asked me to go to the date function, I had actually already began talking to a girl by the name of [Student 3], who I now date. We've been dating since the end of October 2021. So at the time, I already began talking to her. I was really interested in [Student 3]. However, when [Jane] asked me go to the date function, I had been drinking with some friends. And I was not in a position to kind of when you open up the Snapchat without kinda like you can't we already can't leave the conversation without just leaving her unread. And I was drunk so I panicked and said, "Sure, I'd like to go." So it was something where I wasn't really excited, you know, ecstatic to go. However, at the same time, it wasn't something I was, you know, man, I really screwed up and I don't really want to go to this. It was just something like, I'm neutral. I'll go, we've had our history together. I don't mind going with her. It's not something where I was mad about it, but it's not to me something I was excited about either.

**Jessica Telligman** 08:56
I see. And about how many days before the function was that invitation?

**[John Doe]** 09:03
The function, I believe, was on I want to say Thursday of the week, and she asked me the prior Friday or Saturday.

**Jessica Telligman** 09:13
Okay, I

**Jessica Telligman** 09:14
think the function was on a Friday, but we can check that.

**[John Doe]** 09:16
Okay. Then, okay. It was either Thursday or Friday.

CONFIDENTIAL Case 1:23-cv-00114-KDB-SCR Document 52-2 Filed 06/19/23 Page 2 of 2 Wake_0015677