

**Chat History Metadata**

This includes information about Chats you have sent and received.

**Received Saved Chat History**

| From | Media Type | Created |
|------|-----------|---------|

Login History and Account Information
Snap History Metadata
Chat History Metadata
My AI
Our Story & Spotlight Content
Spotlight Replies
Purchase History
Shop History
Snapchat Support History
User Profile
Public Profiles
Friends
Ranking
Story History
Account History
Location
Search History
Terms History
Subscriptions
Bitmoji
In-app Surveys
Reported Content
Bitmoji Kit
Connected Apps
Talk History
Ads Manager
Snap Games and Minis
My Lenses
Memories
Cameos
Email Campaign History
Snap Tokens
Payouts
Scans
Orders
Snap Map Places
Snapcode Scan History
Shopping Favorites
Payments
Shopping Preferences
Frequently Asked Questions
My Sounds
Photobook Snaps
Feature Emails



[Student]                          TEXT                    2022-11-27 14:43:58 UTC

She then said let's just loop in Betsy on this just so she is aware in case there is some social turmoil, as in she came after [Student 2] and me in the future or said some stuff on social media. Title 9 helped us loop her in and ask for her opinion to which she said we had done everything as we should have.

[Student]                          TEXT                    2022-11-27 14:42:52 UTC

Yeah, with what happened with me, I went to the title 9 office and the woman there helped me, [Student 2] and I took her advice and asked nationals for their advice (they said we were in the clear essentially and they had our back). After we talked to the girl, we went back to the title 9 office to tell her what happened. She said that we did everything right and that our care with the situation would help you and all of us.

















[Jane Roe]                    TEXT                    2021-10-15 23:42:30 UTC
33!!!





















































































[Jane Roe]                    TEXT              2021-10-09 21:42:31 UTC
It's [Birthdate]





































