# Chat History Metadata

This includes information about Chats you have sent and received.

**EXHIBIT F**

**Received Saved Chat History**

- Login History and Account Information
- Snap History Metadata
- Chat History Metadata
- My AI
- Our Story & Spotlight Content
- Spotlight Replies
- Purchase History
- Shop History
- Snapchat Support History
- User Profile
- Public Profiles
- Friends
- Ranking
- Story History
- Account History
- Location
- Search History
- Terms History
- Subscriptions
- Bitmoji
- In-app Surveys
- Reported Content
- Bitmoji Kit
- Connected Apps
- Talk History
- Ads Manager
- Snap Games and Minis
- My Lenses
- Memories
- Cameos
- Email Campaign History
- Snap Tokens
- Payouts
- Scans
- Orders
- Snap Map Places
- Snapcode Scan History
- Shopping Favorites
- Payments
- Shopping Preferences
- Frequently Asked Questions
- My Sounds
- Photoshoot Snaps
- Feature Emails

| From | Media Type | Created |
|---|---|---|
| [Student] | TEXT | 2022-11-27 14:43:58 UTC |

She then said let's just loop in Betsy on this just so she is aware in case there is some social turmoil, as in she came after [Student 2] and me in the future or said some stuff on social media. Title 9 helped us loop her in and ask for her opinion to which she said we had done everything as we should have.

| From | Media Type | Created |
|---|---|---|
| [Student] | TEXT | 2022-11-27 14:42:52 UTC |

Yeah, with what happened with me, I went to the title 9 office and the woman there helped me. [Student 2] and I took her advice and asked nationals for their advice (they said we were in the clear essentially and they had our back). After we talked to the girl, we went back to the title 9 office to tell her what happened. She said that we did everything right and that our care with the situation would help you and all of us.

| | | |
|---|---|---|
| [Jane Roe] | TEXT | 2021-10-15 23:42:36 UTC |
| 331! | | |

| | | |
|---|---|---|
| [Jane Roe] | TEXT | 2021-10-09 21:42:31 UTC |
| It's [Birthdate] | | |