IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| JOHN DOE, | : |
| Plaintiff, | : |
| v. | : Civil Case No. 1:23-cv-114 |
| WAKE FOREST UNIVERSITY, | : |
| Defendant. | : |

**EXPEDITED MOTION TO SHORTEN TIME FOR RESPONSE TO
DEFENDANT WAKE FOREST UNIVERSITY'S MOTION TO COMPEL DISCOVERY**

Defendant Wake Forest University (the "University"), pursuant to Federal Rule of Civil Procedure 6(c)(1)(C) and Local Rule 7.3(f), moves this Court to shorten Plaintiff's time to respond to the University's Motion to Compel Discovery filed on June 19, 2023. [ECF No. 51]. In support of this motion, the University states as follows:

1. Pursuant to the Court's Pretrial Order and Case Management Plan [ECF No. 35], the completion of fact discovery in this matter is scheduled for June 30, 2023.

2. As set forth more fully in the University's Motion to Compel Discovery [ECF No. 51] and its Memorandum in Support [ECF No. 52], during Plaintiff's initial deposition on May 23, 2023 it was determined a number of responsive documents had not been produced. The parties agreed to continue Plaintiff's deposition for the purpose of producing the additional responsive documents and to allow the University to question Plaintiff about those documents.

3. Plaintiff's continued deposition was scheduled for June 19, 2023.

4. On June 12, 2023, Plaintiff produced a supplemental document production that included Plaintiff's SnapChat data, which was heavily redacted. [ECF Nos. 52-4 and 52-6].

5. The parties met and conferred regarding the redacted document. Plaintiff's counsel acknowledged the document was responsive, but without claiming a privilege or any other legal basis, counsel redacted information from the document.

6. Through the meet and confer, Plaintiff's counsel refused to produce an unredacted version of Plaintiff's SnapChat data.

7. The University postponed Plaintiff's continued deposition, in order to resolve the discovery issue prior to completing Plaintiff's deposition in this matter.

8. Plaintiff's counsel took the position that the University's postponement of Plaintiff's continued deposition waived any further deposition of Plaintiff. Plaintiff's counsel stated they would not produce Plaintiff for his continued deposition absent order of the Court.

9. On June 19, 2023, the University filed a Motion to Compel Discovery, requesting the Court to order Plaintiff to produce the unredacted SnapChat data and order Plaintiff to sit for the completion of his deposition. [ECF No. 51].

10. The Court's CM/ECF filing system automatically set Plaintiff's deadline to respond to the Motion to Compel for July 3, 2023, after the close of fact discovery in this matter.

11. Due to the expedited schedule in this matter and the impending discovery deadline, there is good cause to shorten Plaintiff's time to respond so the Court can resolve the dispute prior to the close of discovery.

WHEREFORE, the University respectfully requests that this Court shorten Plaintiff's time to respond to the University's Motion to Compel Discovery from July 3, 2023 to June 26, 2023, to allow the Court time to review and resolve the motion prior to the close of discovery.

Dated: June 22, 2023						Respectfully Submitted,

*/s/ Joshua W.B. Richards*
Joshua W.B. Richards (Special Appearance)
Douglas A. Sampson (Special Appearance)
SAUL EWING LLP
Centre Sq. West, 1500 Market St.
38th Floor
Philadelphia, PA 19102
215-972-7737
joshua.richards@saul.com
douglas.sampson@saul.com

and

William K. Davis (NCSB No. 01117)
Alan M. Ruley (NCSB No. 16407)
Mark A. Jones (NCSB No. 36215)
BELL, DAVIS & PITT, P.A.
P.O. Box 21029
Winston-Salem, NC 27120
336-722-3700
wdavis@belldavispitt.com
aruley@belldavispitt.com
mjones@belldavispitt.com

*Counsel for Defendant Wake Forest University*