IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| JOHN DOE, | : |
| Plaintiff, | : Case No. 1:23-cv-00114 |
| v. | : |
| WAKE FOREST UNIVERSITY, | : |
| Defendant. | : |

### ORDER

**AND NOW**, this _____ day of June 2023, after consideration of Defendant Wake Forest University's Motion to Shorten Time for Response to the Motion to Compel Discovery, pursuant to Federal Rule of Civil Procedure 6(c)(1)(C) and Local Rule 7.3(f), it is **ORDERED**:

1. That the Motion is **GRANTED**; and it is further **ORDERED**

2. That Plaintiff shall respond to the University's Motion to Compel Discovery on of before June 26, 2023..

**BY THE COURT:**

_____
Hon. Kenneth D. Bell
United States District Judge
