IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| JOHN DOE, | : |
| Plaintiff, | : Case No. 1:23-cv-00114 |
| v. | : |
| WAKE FOREST UNIVERSITY, | : |
| Defendant. | : |

### CERTIFICATE OF SERVICE

I hereby certify that on this 22nd day of June, 2023, a copy of the foregoing Motion To Shorten Time for Response to Defendant Wake Forest University's Motion to Compel Discovery and proposed Order were served on all parties via the court's ECF system

                                              */s/ Douglas A. Sampson*
                                            Douglas A. Sampson (Special Appearance)

41764209.1