IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
CIVIL ACTION NO. 1:23CV114-KDB-SCR

| | |
|---|---|
| JOHN DOE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| WAKE FOREST UNIVERSITY, ) | |
| ) | |
| Defendant. ) | |

**THIS MATTER** is before the Court on Defendant's "Expedited Motion to Shorten Time for Response to Defendant's … Motion to Compel Discovery" (Doc. No. 53) filed June 22, 2023. The Motion is <u>granted in part</u> and <u>denied in part</u> as set forth below.

On June 19, 2023, Defendant filed a Motion to Compel Discovery. (Doc. No. 51). Plaintiff's response is due July 3, 2023. The fact discovery period expires June 30, 2023. (Doc. No. 35 at 7, Pretrial Order and Case Management Plan). Expert discovery expires August 18, 2023. <u>Id.</u>

Because of the approaching fact discovery deadline, Defendant seeks an Order shortening Plaintiff's time to respond to the Motion to Compel.

The Court in its discretion will instead extend the deadline for fact discovery to July 31, 2023.

**NOW THEREFORE IT IS ORDERED that:**

1. Defendant's "Expedited Motion to Shorten Time for Response to Defendant's … Motion to Compel Discovery" (Doc. No. 53) is **GRANTED IN PART** and **DENIED**

**IN PART**.  Specifically, the deadline for fact discovery is extended to July 31, 2023.  The Motion is otherwise **DENIED**.

2. The Clerk is directed to send copies of this Order to counsel for the parties and to the Honorable Kenneth Bell.

**SO ORDERED**.

Signed: June 23, 2023

_____
Susan C. Rodriguez
United States Magistrate Judge