

**Chat History Metadata**

This includes information about Chats you have sent and received.

**Received Saved Chat History**

| From | Media Type | Created |
|------|-----------|---------|

Login History and Account Information

Snap History Metadata

Chat History Metadata

My AI

Our Story & Spotlight Content

Spotlight Replies

Purchase History

Shop History

Snapchat Support History

User Profile

Public Profiles

Friends

Ranking

Story History

Account History

Location

Search History

Terms History

Subscriptions

Bitmoji

In-app Surveys

Reported Content

Bitmoji Kit

Connected Apps

Talk History

Ads Manager

Snap Games and Minis

My Lenses

Memories

Cameos

Email Campaign History

Snap Tokens

Payouts

Scans

Orders

Snap Map Places

Snapcode Scan History

Shopping Favorites

Payments

Shopping Preferences

Frequently Asked Questions

My Sounds

Photobooth Snaps

Feature Emails



[Student]                                                         TEXT                              2022-11-27 14:43:58 UTC

She then said let's just loop in Betsy on this just so she is aware in case there is some social turmoil, as in she came after [Student 2] and me in the future or said some stuff on social media. Title 9 helped us loop her in and ask for her opinion to which she said we had done everything as we should have.

[Student]                                                         TEXT                              2022-11-27 14:42:52 UTC

Yeah, with what happened with me, I went to the title 9 office and the woman there helped me. [Student 2] and I took her advice and asked nationals for their advice (they said we were in the clear essentially and they had our back). After we talked to the girl, we went back to the title 9 office to tell her what happened. She said that we did everything right and that our care with the situation would help you and all of us.



















[Jane Roe]                    TEXT              2021-10-15 23:42:36 UTC

33!!!





















































































[Jane Roe]                         TEXT                    2021-10-09 21:42:31 UTC
It's [Birthdate]





































