UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF NORTH CAROLINA

---------------------------------------------------------------X
JOHN DOE,

                    **Plaintiff,**                    Case No. 1:23-cv-00114

  -against-

WAKE FOREST UNIVERSITY,

                    **Defendant.**
---------------------------------------------------------------X

## CERTIFICATE OF COMPLIANCE WITH L.R. 7.3(d)

    The undersigned counsel hereby certifies that Plaintiff's Opposition to Defendant's Motion to Compel, filed at ECF No. 56 contains 2,629 words as calculated by the word processing software used to produce it and therefore complies with Local Rule 7.3(d)'s limitation of 6,250 words, excluding captions, signature blocks and certificates.

                                                */s/ Tara J. Davis*
                                                Tara J. Davis, Esq.
                                                Special Appearance