IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| JOHN DOE, | : |
| Plaintiff, | : |
| v. | : Civil Case No. 1:23-cv-114 |
| WAKE FOREST UNIVERSITY, | : |
| Defendant. | : |

**CERTIFICATION OF WORD COUNT**

Pursuant to Local Rule 7.3(d), I certify that Wake Forest University's Memorandum of Law in Support of it Motion to Compel [ECF No. 52] contains 2,231 words, exclusive of the caption and signatures. The word count was obtained using the "word count" function in Microsoft Word. Therefore, the Memorandum complies with the length restrictions of 6,250 words in Local Rule 7.3(d).

*/s/ Douglas A. Sampson*
Douglas A. Sampson

41842323.1