IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| JOHN DOE, | : |
| Plaintiff, | : |
| v. | : Civil Case No. 1:23-cv-114 |
| WAKE FOREST UNIVERSITY, | : |
| Defendant. | : |

**DEFENDANT WAKE FOREST UNIVERSITY'S
<u>NOTICE OF INTENT TO FILE A DISPOSITIVE MOTION</u>**

Pursuant to Local Rule 56.1(a), Defendant Wake Forest University (the "University") gives notice of its intent to file a dispositive motion in the above-captioned matter.

[Signatures on Next Page]

Dated: July 11, 2023	Respectfully Submitted,

/s/ Joshua W.B. Richards
Joshua W.B. Richards (Special Appearance)
Douglas A. Sampson (Special Appearance)
SAUL EWING LLP
Centre Sq. West, 1500 Market St.,
38th Floor
Philadelphia, PA 19102
215-972-7737
joshua.richards@saul.com
douglas.sampson@saul.com

and

William K. Davis (NCSB No. 01117)
Alan M. Ruley (NCSB No. 16407)
Mark A. Jones (NCSB No. 36215)
BELL, DAVIS & PITT, P.A.
P.O. Box 21029
Winston-Salem, NC 27120
336-722-3700
wdavis@belldavispitt.com
aruley@belldavispitt.com
mjones@belldavispitt.com

*Counsel for Defendant Wake Forest University*

41835923.1

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 11th day of July, 2023, a copy of the foregoing Notice of Intent to File a Dispositive Motion was served on all parties via the court's ECF system

                                                */s/ Douglas A. Sampson*
                                      Douglas A. Sampson (Special Appearance)