Reference Case No. **23cv114** per K. Marsh

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF NORTH CAROLINA

Case No. ME 23 - 203B

Name of Plaintiff(s): JOHN DOE

VERSUS

Name of Defendant(s): WAKE FOREST

**REPORT OF MEDIATOR**

(For Placement on the CM/ECF Docket)

RECEIVED In This Office JUL 20 2023 CLERK U.S. DISTRICT COURT GREENSBORO, N.C. /39 CB

Mediator Name: R. BEASON
Telephone No.: 919 415 9905
E-Mail Address: RBEASON@BEASONTREHY.COM

☐ This is an **Interim Report**. A final report is to be filed after resumption of the mediation

1. **Convening of Mediation.** The mediated settlement conference ordered in this case:
   ☑ was held on 7/11/23 (date)
   ☐ was NOT held because _____

2. **Attendance**
   ☑ No Objection was made on the grounds that any required attendee was absent.
   ☐ Objection was made by _____

3. **Outcome**
   ☐ Complete settlement of the case
   ☐ Conditional settlement or other disposition
   ☐ Partial settlement of the case
   ☐ Recess (i.e., mediation to be resumed at a later date)
   ☑ Impasse
   ☐ Additional Information: _____

4. **Settlement Filings**
   a) The document(s) to be filed to effort the settlement are _____
   b) The person responsible for filing the document(s) is _____
   c) The agreed deadline for filing the document(s) is _____

**Submission of Report.** Please submit the completed and signed report by mail of Clerk of Court, 324 W. Market St., Greensboro, NC 27401, or, if Consent to Transfer Documents Electronically Form has been submitted, submit the signed to medclerk@ncmd.uscourts.gov.

I have submitted this completed report with ten (10) days after conclusion of the conference.

_Robert C. Beason_ — Mediator Signature

7/15/23 — Date

Case 1:23-cv-00114-KDB-SCR   Document 62   Filed 07/24/23   Page 1 of 1