**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF NORTH CAROLINA**

| | | |
|---|---|---|
| JOHN DOE, | : | |
| | : | |
| Plaintiff, | : | Case No. 1:23-cv-00114 |
| | : | |
| v. | : | |
| | : | |
| WAKE FOREST UNIVERSITY, | : | |
| | : | |
| Defendant. | : | |

**DEFENDANT WAKE FOREST UNIVERSITY'S**
**MOTION FOR SUMMARY JUDGMENT**

Defendant Wake Forest University (the "University"), pursuant to Federal Rule of Civil Procedure 56, respectfully moves for summary judgment on all claims alleged in the Complaint filed by John Doe. There is no genuine dispute as to any material fact related to the allegations in the Complaint. The legal authority and arguments supporting the University's Motion are set forth in the accompanying Memorandum of Law.

Dated: July 24, 2023                    Respectfully Submitted,


                                        */s/ Joshua W.B. Richards*
                                        Joshua W.B. Richards (Special Appearance)
                                        Douglas A. Sampson (Special Appearance)
                                        SAUL EWING LLP
                                        Centre Sq. West, 1500 Market St.
                                        38th Floor
                                        Philadelphia, PA 19102
                                        215-972-7737
                                        joshua.richards@saul.com
                                        douglas.sampson@saul.com

                                        and

William K. Davis (NCSB No. 01117
Alan M. Ruley (NCSB No. 16407)
Mark A. Jones (NCSB No. 36215)
BELL, DAVIS & PITT, P.A.
P.O. Box 21029
Winston-Salem, NC 27120
336-722-3700
wdavis@belldavispitt.com
aruley@belldavispitt.com
mjones@belldavispitt.com

*Counsel for Defendant Wake Forest University*

41866541.1

**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA**

|  |  |
|---|---|
| JOHN DOE, | : |
| | : |
| Plaintiff, | :   Case No. 1:23-cv-00114 |
| | : |
| v. | : |
| | : |
| WAKE FOREST UNIVERSITY, | : |
| | : |
| Defendant. | : |

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 24th day of July, 2023, a copy of the foregoing Defendant Wake Forest University's Motion for Summary Judgment, memorandum of law in support thereof, and proposed Order were served on all parties via the court's ECF system

                                    */s/ Douglas A. Sampson*
                                  Douglas A. Sampson (Special Appearance)

41866541.1