# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| JOHN DOE, | : |
| Plaintiff, | : Case No. 1:23-cv-00114 |
| v. | : |
| WAKE FOREST UNIVERSITY, | : |
| Defendant. | : |

## ORDER

Upon consideration of Defendant Wake Forest University's (the "University") Motion for Summary Judgment, and any responses and replies thereto, **IT IS HEREBY ORDERED** this ___ day of _____, 2023 that the University's Motion is **GRANTED** and judgment is entered in favor of the University on all counts alleged in the Complaint.

**BY THE COURT:**

_____
Hon. Kenneth D. Bell
United States District Judge

41866541.1