IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| JOHN DOE, | : |
| Plaintiff, | : |
| v. | : Civil Case No. 1:23-cv-114 |
| WAKE FOREST UNIVERSITY, | : |
| Defendant. | : |

**CERTIFICATION OF LENGTH OF BRIEF**

Pursuant to Local Rule 7.3(d), I certify that Wake Forest University's Memorandum of Law in Support of it Motion for Summary Judgment complies with the Court's Pretrial Order and Case Management Plan, because the length is less that twenty-five (25) pages (inclusive of caption but excluding signatures and certificates of counsel). *See* ECF No. 35 at ¶ II.E. The Memorandum is double spaced using the "double spaced" setting in "Word" and all text is 12-point font. *Id*.

>   */s/ Douglas A. Sampson*
>   Douglas A. Sampson

**CERTIFICATE OF SERVICE**

I hereby certify that on this 24th day of July, 2023, a copy of the foregoing Memorandum of Law in Support of the University's Motion for Summary Judgment, and accompanying exhibits were served on all parties via the court's ECF system, and the accompanying exhibits filed under seal were provided to the Court and all parties electronically.

>   */s/ Douglas A. Sampson*
>   Douglas A. Sampson (Special Appearance)