# UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF NORTH CAROLINA

John Doe
    v.
Wake Forest University

Case Number: 1:23cv114

# *NOTICE OF RESCHEDULING*

**Take notice** that the above-entitled case set for **Jury Trial** on October 23, 2023 has been **rescheduled to October 30, 2023 at 9:30 am** in Greensboro, North Carolina, Courtroom No 2.

---

John S. Brubaker, Clerk

By:     /s/Gloria L. Powell, Chief Deputy Clerk

Date:    August 9, 2023

TO:      ALL COUNSEL OF RECORD