# UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF NORTH CAROLINA

John Doe

   v.               Case Number: 1:23cv114

Wake Forest University

# NOTICE OF HEARING

**TAKE NOTICE** that a proceeding in this case has been **set** as indicated below:

**PLACE:**  United States District Court
      401 West Trade St.
      **Charlotte, NC 28202**
**COURTROOM NO:** 4th Floor, Courtroom 4B
**DATE & TIME:** August 31, 2023
**PROCEEDING:** Hearing on Motion for Summary Judgment.

---

John S. Brubaker, Clerk

By: /s/Gloria L. Powell, Chief Deputy Clerk

Date: August 16, 2023

TO: ALL COUNSEL OF RECORD