# United States District Court
# Middle District of North Carolina

| | | |
|---|---|---|
| John Doe, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 1:23cv114-KDB |
| | ) | |
| vs. | ) | |
| | ) | |
| Wake Forest University, | ) | |
| | **)** | |
| Defendant(s). | ) | |

DECISION BY COURT. This action having come before the Court by Motion and a decision having been rendered (Doc. No. 72);

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in favor of Defendant in accordance with the Court's September 6, 2023 Order.

September 7, 2023

Kenneth D. Bell
United States District Judge